| United States Bankruptcy Court<br>**District of Colorado** | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Merchants Mortgage & Trust Corp., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **84-1296387** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7400 East Crestline Circle,  Suite 250**<br>**Greenwood Village, CO**<br>ZIPCODE **80111-3655** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Arapahoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>Nonmain Proceeding |

| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☑ A plan is being filed with this petition<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

998-2424) - Forms Software Only    © 1993-2011 EZ-Filing, Inc.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Merchants Mortgage & Trust Corp., LLC** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
    Signature of Attorney for Debtor(s)            Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

998-2424 - Forms Software Only

© 1993-2011 EZ-Filing, Inc.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Merchants Mortgage & Trust Corporation** LLC |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>_____<br>Signature of Debtor<br>X<br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>_____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X<br>_____<br>Signature of Attorney for Debtor(s)<br>**Joel Laufer 7728**<br><br>**5290 DTC Pkwy, #150**<br>**Englewood, CO 80111**<br>**(303) 830-3172 Fax: (303) 830-3135**<br>**jl@jlrplaw.com**<br><br>12/16/11<br>_____<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____ |
| **Signature of Debtor (Corporation/Partnership)** | X<br>_____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>_____<br>Signature of Authorized Individual<br>**Gary D. Levine**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>12/16/11<br>Date | _____<br>Date<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. / 996-24(24) - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
### District of Colorado

√ RE: Merchants Mortgage & Trust Corporation, LLC

Case No.

$84 - 1296387$        Debtor(s)

Chapter    __  11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**come from employment or operation of business**

none State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

FOR QUESTIONS 1-25 PLEASE SEE THE ATTACHED STATEMENT OF FINANCIAL AFFAIRS

SUMMARY ATTACHEMENT

### 2. Income other than from employment or operation of business

None State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

☐ ᵐᵉ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

☐ None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

☐ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ None a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

☐ None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

© 1993-2010 EZ-Filing, Inc. [1-8ᵒᵒᵒ-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☐   the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
     joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this **case.**
☐   (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
     unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☐   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| ME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☐   gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
     per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
     a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the**
☐   **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
     a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

© 1993-2010 EZ-Filing, Inc. [™    989-24(24) - Forms Software Only

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☐ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

998-24(24) - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this
☐  case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR             DATE OF SETOFF                                    AMOUNT OF SETOFF

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☐

NAME AND ADDRESS OF OWNER              DESCRIPTION AND VALUE OF PROPERTY    LOCATION OF PROPERTY

**15. Prior address of debtor**

None  If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during
☐  that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                     DATES OF OCCUPANCY

**Spouses and Former Spouses**

..ne  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☐  Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

1995-2010 EZ-Filing, Inc. [1.* 7065-4/24] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☐  potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

SITE NAME          NAME AND ADDRESS                    DATE
AND ADDRESS        OF GOVERNMENTAL UNIT                OF NOTICE       ENVIRONMENTAL LAW

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☐    the governmental unit to which the notice was sent and the date of the notice.

| 'TE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☐    is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

## 18. Nature, location and name of business

None  a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
☐    of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole
proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately
preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within
six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than
5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed
in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six
years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the
signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                            (Specify cost, market, or other basis)

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

909-24/24) - Forms Software Only

© 1993-2010 EZ-Filing, Inc.

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE
                                                                         OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE OF WITHDRAWAL

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions. options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT,              DATE AND PURPOSE               AMOUNT OF MONEY OR DESCRIPTION
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                  AND VALUE OF PROPERTY

## 24. Tax Consolidation Group

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER

988-2424) - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1

*[If completed by an individual or individual and spouse]*

declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments ereto and that they are true and correct.

Date:            Signature
                     of Debtor

Date:            Signature
                     of Joint Debtor
                     (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date:    $12-22-11$          Signature:     Jack Keane

                              Jack Keane, CFO

                                                      Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                         44   continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Summary Attachment for

## Questions 1-25

# United States Bankruptcy Court
# District of Colorado

In Re:  **Merchants Mortgage & Trust Corporation, LLC**        Case # _____
          **EIN  84-1296387**                                                          **Chapter 11**

## STATEMENT OF FINANCIAL AFFAIRS
## Summary Attachment for Questions 1-25
## ("SOFA")

**1.  Income from employment or operation of business**

Gross income for the eleven months ended November 30, 2011 is $3,390,523;  Net  income (loss) for this same period of time is $($4,895,031).

Gross income for the year ended December 31, 2010 is $6,206,426;  Net income (loss) for this same period of time is ($7,356,592).

Gross income for the year ended December 31, 2009 is $11,723,290;  Net income (loss) for this same period of time is ($16,464,332).

**2.  Income other than from employment or operation of business**

None for the prior two years.  All income has been from the operation of the business.

**3.  Payments to creditors**

    **a.  Individual or joint debtor (s) with primarily consumer debts**

    None

    **b.  Debtor whose debts are not primarily consumer debts:**

    See SOFA Attachment 3(b) for schedule of all payments of $5,475.00 or greater within the last 90 days prior to filing \.

    **c.  All debtors:  Payments within 12 months of filing to creditors who are Insiders**

    See SOFA Attachments 3(c) and summary explanation:

**4.  Suits and administrative proceedings, executions, garnishments and attachment**

    **a.  List all suits and administrative proceedings.....**

    The Company routinely has foreclosure actions it pursues as a collection strategy on defaulted loans it is enforcing.  This is routine in its course of business.

    The only non-routine legal matter is an action described in SOFA Attachment 4(a).

**In Re:  Merchants Mortgage & Trust Corporation, LLC**
**EIN  84-1296387**

      **b.  Describe all property that has been attached......**
      None

**5.  Repossessions, foreclosures and returns**
None

**6.  Assignments and receiverships**
      **a.  Describe any assignment of property for the benefit of creditors made within**
         **120 days...**
      None

      **b.  List all property which has been in the hands of a custodian.......**
      None

**7.  Gifts**
None

**8.  Losses**
None

**9.  Payments related to debt counseling or bankruptcy**
See SOFA Attachment 9

**10. Other Transfers**
      a.  **List all other property transferred other than in the ordinary course of business**
         **within the last two years**
      See Attachment 10(a)

      b.  **List all property transferred by the debtor within TEN YEARS to a self settled**
         **trust?**
      None

**11. Closed financial accounts**
See Attachment 11

**12. Safe deposit boxes**
Safe Deposit Box at U.S. Bank at Belleview and Yosemite near Denver Tech Center.  Stored in such Safety Deposit Box are backup-up computer tapes/records for the Company's financial information.

**13. Setoffs**
None

2

**In Re: Merchants Mortgage & Trust Corporation, LLC**
**EIN  84-1296387**

### 14. Property held for another person

The Company not only services loans that it owns, but provides servicing for loans owned by banks, developers and investors.  As a servicer of loans owned by others, the Company has temporary possession of interest and principal payments made by obligors.  The Company segregates these funds and then pays such funds to the owners on a timely basis.

In its role as servicer, the Company is also in possession of loans files which belong to the owner of the loans including but not limited to promissory notes, deed of trust and other related loan documents.

### 15. Prior address of debtor

N/A

### 16.  Spouses and Former Spouses

N/A

### 17. Environmental Information

    **a.  List the name and address of every site for which the debtor provided…..**
    None

    **b.  List the name and address of every site for which the debtor……**
    None

    **c.  List all judicial or administrative proceedings ……..**
    None

### 18. Nature, location and name of business

    **a.  If debtor is an individual…….**
    N/A

    **b.  Identify any business listed in response to subdivision…….**
    See Attachment 18(b) and 18(c)

    c. Single Asset Real Estate Schedule
    See Attachment 18(b) and 18(c)

3

**In Re: Merchants Mortgage & Trust Corporation, LLC**
**EIN  84-1296387**

**The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX  YEARS immediately preceding the commencement of this case, any of the following:........**

### 19. Books, records and financial statements

**a.  List all bookkeepers and accountants who within the TWO YEARS...........**
Jack Keane, CFO  (Still with the Company)
2325 South Forest Drive
Denver, CO 80222

Mary Pawlowski Controller (Still with the Company)
7553 South Cottonwood Peak
Littleton, CO 80127

**b.  List all firms or individuals who within the TWO YEARS audited.......**
BKD, LLP
Attention Tammie Lowrie
1700 Lincoln Street, Suite 1400
Denver, CO 80203-4514
Audited the financial statements of the Company for the years 2004 through 2010.

**c.   List all firms or individuals who at the time of the commencement were in possession of the books and accounts......**
The Company maintains possession of all of its books of account and records at its place of business.  All records are available.

**d.  List all financial institutions, creditors, and other parties to whom a financial statement was issued within two years.......**
The Company regularly issues its internally prepared and unaudited monthly or quarterly financial statements, as well as its annual audited financial statements to its:

- Senior Lenders (Frequency – Monthly unaudited statements, and annual audited statements)
- Subordinated Debenture Holders (Frequency – Quarterly unaudited financial statements and annual audited financial statements)
- Preferred Equity Holders (Frequency – Quarterly unaudited financial statements and annual audited financial statements)
- Common Equity Holders (Frequency – Quarterly unaudited financial statements and annual audited financial statements)

### 20. Inventories

In Re:  Merchants Mortgage & Trust Corporation, LLC
EIN  84-1296387

> **a.  List the date of the last two inventories taken……..**
> The Company does not have inventories.  No inventories taken.
>
> **b.  List the name and address of the person having…….**
> N/A

## 21. Current Partners, Officers, Directors and Shareholders

> **a.  If the debtor is a partnership…..**
> No
>
> **b.  If the debtor is a corporation, list all officers and directors as well as an owner of 5% or more of the voting or equity securities of the Company.**
> Debtor is a limited liability company and so is responding to questions pertaining to corporations.
> See Attachment 21(b)(1) for Executive officers and board members (managers).
> See Attachment 21(b)(2) for owners of 5% or more Common Equity

## 22. Former partners, officers, directors and shareholders…..

> **a.  If the debtor is a partnership….**
> No
>
> **b.  If the debtor is a corporation**
> Debtor is a limited liability company and so is responding to questions pertaining to corporations.
> Scott Karas was executive vice president of the Company and executed a termination agreement with the Company on January 1, 2011 whereby Mr. Karas is working on a limited basis up to December 31, 2011.  As of December 5, 2011 Mr. Karas resigned his officer roles of Secretary, Treasurer and Executive Vice President of the Company.

## 23. Withdrawals a from a partnership or distributions by a corporation to Insiders.

There have been no withdrawals or distributions based on ownership interests in the Company since the first quarter of 2008.

All payments to Insiders are shown in the Attachment 3(c).

## 24.  Tax Consolidation Group

**In Re: Merchants Mortgage & Trust Corporation, LLC**
**EIN 84-1296387**

N/A

**25. Pension Funds**
Merchants Mortgage & Trust Corporation, LLC Profit Sharing Plan
ID# 84-0479457

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA  Schedule  3 (b)

## All Payments > $5,475.00 within 90 Days

**Merchants Mortgage & Trust**
EIN 84-1296387
Statement of Financial
Attachment 3b

*SCFA 3(b)   All payments > $54,75.00 w.thin 90 Days*

| Account | Sub | Ck Nbr | Type | Date | Vendor Name | Number | Paid | Payee | Yes/No | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 101110000 | 000 | 020180 | CK | 9/1/2011 | BKD | 983799 | 36,000.00 | BKD LLP | Yes | Audit 2010 |
| 101110000 | 000 | 020181 | CK | 9/1/2011 | LOCKTONCOM | DownPayment | 33,950.00 | LOCKTON COMPANIES, LLC | Yes | Insurance policies |
| 101110000 | 000 | 020182 | CK | 9/1/2011 | SHIMELBULO | RetainerAug11 | 23,400.00 | SHIMEL & BULOW, LLC | Yes | Legal |
| 101110000 | 010 | 021293 | CK | 9/1/2011 | MMTCWILDWO | CapAdvance | 50,000.00 | MMTC WILDWOOD SHORES, LLC | Yes | Investment in Subsidiary |
| 101110000 | 000 | 001294 | CK | 9/1/2011 | VECTRA | PaydwnLOC | 43,282.83 | VECTRA BANK | Yes | Secured line payment |
| 101110000 | 010 | 021295 | CK | 9/1/2011 | VECTRA | MMACTransfer | 96,367.86 | VECTRA BANK | Yes | Secured line payment |
| 101110000 | 010 | 001301 | CK | 9/7/2011 | TURTLEBACK | LoanAdvance | 150,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 101110000 | 000 | 020258 | CK | 9/14/2011 | DLR357 | 11-030 | 7,914.67 | DLR357 CORPORATION | Yes | IT |
| 101110000 | 000 | 020302 | CK | 9/15/2011 | CGHOLDINGS | EarnestMoney | 25,000.00 | C & G HOLDINGS, LLC | Yes | Purchase of OREO for collateral protectin |
| 101110000 | 010 | 001308 | CK | 9/15/2011 | FIRSTAMER | ChesterPlace | 99,159.60 | FIRST AMERICAN TITLE | Yes | Purchase of OREO for collateral protectin |
| 100000000 | 000 | 020408 | CK | 9/21/2011 | USBANK | PaydwnSecLine | 32,200.00 | U S BANK | Yes | Secured line payment |
| 101110000 | 000 | 020349 | CK | 9/22/2011 | FIRSTINSUR | 2863000011463729 | 14,013.16 | FIRST INSURANCE FUNDING CORP. | Yes | Financed Ins Premium |
| 101110000 | 000 | 020361 | CK | 9/22/2011 | LOTTNER | 253431 | 16,623.00 | LOTTNER,RUBIN,FISHMAN,BROWN | Yes | Legal |
| 101110000 | 010 | 021324 | CK | 9/28/2011 | TURTLEBACK | 316599Advance | 175,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 101110000 | 000 | 020398 | CK | 9/29/2011 | AETNA | G0505466 | 22,848.72 | AETNA | Yes | Premiums-Benefits |
| 101110000 | 000 | 020400 | CK | 9/29/2011 | ARICAPITAL | SeptIntDue | 9,999.90 | ARI Capital Partners, LLLP | Yes | Interest Expense |
| 101110000 | 000 | 020412 | CK | 9/29/2011 | COMMERCIAF | Sept11IntDue | 7,918.59 | BANK OF THE WEST | Yes | Interest Expense |
| 101110000 | 000 | 020413 | CK | 9/29/2011 | CRESTLINE | 7400-260-CU | 20,927.33 | CRESTLINE OFFICE CENTER ASSOC | Yes | Rent |
| 101110000 | 000 | 020415 | CK | 9/29/2011 | EMPIREWEST | 2011-7001 | 6,448.20 | EMPIRE WEST TITLE AGENCY | Yes | Trustee Fees-George |
| 101110000 | 000 | 020425 | CK | 9/23/2011 | NEXUSTEK | NEXG14207 | 6,548.78 | NEXUS TEK, INC. | Yes | Solomon Maint Contract - Annual |
| 101110000 | 000 | 020436 | CK | 9/29/2011 | VECTRACO | Sept11Interest | 31,884.92 | VECTRA BANK | Yes | Interest Expense |
| 101110000 | 000 | 020437 | CK | 9/29/2011 | VECTRACO | Sept11IntDue | 28,874.30 | VECTRA BANK | Yes | Interest Expense |
| 100000000 | 010 | 020409 | CK | 9/30/2011 | USBANK | LOCPaydwnUSB | 35,620.07 | U S BANK | Yes | Secured line payment |
| 100000000 | 010 | 020410 | CK | 9/30/2011 | USBANK | Sept2011IntDue | 10,261.90 | U S BANK | Yes | Interest Expense |
| 101110000 | 010 | 001333 | CK | 9/30/2011 | VECTRA | PaydownLOC | 24,355.35 | VECTRA BANK | Yes | Secured line payment |
| 101110000 | 000 | 020447 | CK | 10/3/2011 | SHIMELBULO | MonthlyRetainer | 23,400.00 | SHIMEL & BULOW, LLC | Yes | Legal |
| 101110000 | 000 | 020467 | CK | 10/6/2011 | ALLENGOMPA | Qtrly Payment | 17,002.06 | THE ALLEN COMPANIES, INC. | Yes | Consultant |
| 101110000 | 010 | 021338 | CK | 10/11/2011 | TURTLEBACK | 316599Advance | 155,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 101110000 | 000 | 020531 | CK | 10/13/2011 | DLR357 | 11-033 | 6,181.25 | DLR357 CORPORATION | Yes | IT |
| 101110000 | 000 | 020536 | CK | 10/13/2011 | GREENBERG | Retainer | 12,000.00 | GREENBERG TRAURIG, LLP | Yes | Legal |
| 101110000 | 000 | 020542 | CK | 10/13/2011 | LAUFERPADJ | 254 | 5,822.50 | LAUFER AND PADJEN LLC | Yes | Legal |
| 101110000 | 000 | 020553 | CK | 10/13/2011 | RASSMANDES | WebsiteDeposit | 8,350.00 | RASSMAN DESIGN | Yes | Website design |
| 101110000 | 000 | 020558 | CK | 10/13/2011 | SCHLUETER | | 6,259.50 | SCHLUETER & ASSOCIATES, P.C. | Yes | Legal |
| 101110000 | 000 | 020559 | CK | 10/13/2011 | SCHLUETER | 2011Exchange | 27,149.30 | SCHLUETER & ASSOCIATES, P.C. | Yes | Legal |
| 101110000 | 010 | 001342 | CK | 10/14/2011 | VECTRA | LOCPaydown | 120,737.75 | VECTRA BANK | Yes | Secured line payment |
| 101110000 | 000 | 020630 | CK | 10/27/2011 | AETNA | G0551550 | 19,089.66 | AETNA | Yes | Premiums-Benefits |
| 101110000 | 000 | 020632 | CK | 10/27/2011 | ARICAPITAL | OctInterest | 10,333.23 | ARI Capital Partners, LLLP | Yes | Interest Expense |
| 101110000 | 000 | 020639 | CK | 10/27/2011 | BROWNSTEIN | 280241-0010 | 23,142.38 | BROWNSTEIN HYATT FARBER | Yes | Legal |
| 101110000 | 000 | 020640 | CK | 10/27/2011 | COMMERCIAF | Oct11Interest | 7,663.16 | BANK OF THE WEST | Yes | Interest Expense |
| 101110000 | 000 | 020677 | CK | 10/27/2011 | CRESTLINE | 7400-260-CU | 21,404.29 | CRESTLINE OFFICE CENTER ASSOC | Yes | Rent |
| 101110000 | 000 | 020676 | CK | 10/27/2011 | VECTRA | OctIntDueUnsec | 29,736.20 | VECTRA BANK | Yes | Interest Expense |
| 101110000 | 000 | 001362 | CK | 10/27/2011 | VECTRA | Oct11IntDueSec | 32,847.17 | VECTRA BANK | Yes | Interest Expense |
| 101110000 | 010 | 001362 | CK | 10/31/2011 | TURTLEBACK | 316599LnAdv | 110,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 100000000 | 010 | 020412 | CK | 11/1/2011 | USBANK | OctInterest | 10,432.68 | U S BANK | Yes | Interest Expense |
| 101110000 | 000 | 020692 | CK | 11/2/2011 | SHIMELBULO | MonthlyRetainer | 23,400.00 | SHIMEL & BULOW, LLC | Yes | Legal |
| 101110000 | 000 | 020711 | CK | 11/3/2011 | FIRSTINSUR | 2863000011463729 | 14,013.16 | FIRST INSURANCE FUNDING CORP. | Yes | Financed Ins Premium |
| 101110000 | 010 | 020413 | CK | 11/7/2011 | USBANK | PaydownSecured | 28,183.94 | U S BANK | Yes | Secured line payment |
| 100000000 | 010 | 020822 | CK | 11/10/2011 | DLR357 | 11-041 | 6,012.50 | DLR357 CORPORATION | Yes | IT |
| 101110000 | 000 | 020822 | CK | 11/10/2011 | LAUFERPADJ | 255 | 9,525.00 | LAUFER AND PADJEN LLC | Yes | Legal |
| 101110000 | 010 | 001366 | CK | 11/14/2011 | VECTRA | Transfer | 26,344.96 | VECTRA BANK | Yes | Secured line payment |
| 101110000 | 010 | 021376 | CK | 11/14/2011 | TURTLEBACK | 316599Advance | 125,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 101110000 | 000 | 020866 | CK | 11/17/2011 | HUNTONWIL | 101024282 | 42,492.50 | HUNTON & WILLIAMS LLP | Yes | Legal |
| 101110000 | 010 | 001381 | CK | 11/21/2011 | VECTRA | LOCPaydown | 58,939.18 | VECTRA BANK | Yes | Secured line payment |

Merchants Mortgage & Trust
EIN 84-1296387
Statement of Financia.    s
Attachment 3b

| | Ck Nbr | Type | Date | Vendor Name | Number | Paid | Payee | Yes/No | |
|---|---|---|---|---|---|---|---|---|---|
| 101110000 | 000 020886 | CK | 11/23/2011 | ARICAPITAL | NovemberInt | 9,999.90 | ARI Capital Partners, LLLP | Yes | Interest Expense |
| 101110000 | 000 020891 | CK | 11/23/2011 | COMMERCIAF | NovInterestDue | 7,142.34 | BANK OF THE WEST | Yes | Interest Expense |
| 101110000 | 000 020892 | CK | 11/23/2011 | CRESTLINE | 7400-260-CU | 21,404.29 | CRESTLINE OFFICE CENTER ASSOC | Yes | Rent |
| 101110000 | 000 020910 | CK | 11/23/2011 | JACKHENRYA | 1033552 | 9,555.00 | JACK HENRY & ASSOCIATES, INC. | Yes | Annual Upgrade programming |
| 101110000 | 000 020931 | CK | 11/23/2011 | VECTRA | 9021IntDue | 26,905.65 | VECTRA BANK | Yes | Interest Expense |
| 101110000 | 000 020932 | CK | 11/23/2011 | VECTRA | 9020IntDue | 29,916.26 | VECTRA BANK | Yes | Interest Expense |
| 101110000 | 010 001388 | CK | 11/28/2011 | BDFUNDING | SubordinateLoan | 187,594.70 | BD FUNDING | Yes | Purchase subordinate participation in loans |
| 101110000 | 010 001392 | CK | 11/29/2011 | TURTLEBACK | 316599LnAdvance | 100,000.00 | TURTLEBACK MOUNTAIN PARTNERS | Yes | Gross Loan Funding |
| 100100000 | 010 020415 | CK | 11/30/2011 | USBANK | Nov11IntDue | 10,039.96 | U S  BANK | Yes | Interest Expense |
| 101110000 | 000 020942 | CK | 11/30/2011 | AETNA | G0568451 | 20,969.14 | AETNA | Yes | Premiums-Benefits |
| 101110000 | 000 020951 | CK | 11/30/2011 | MINOLTA | 20413404 | 6,971.26 | KONICA MINOLTA BUSINESS | Yes | Copiers/Printers |
| 101110000 | 010 001398 | CK | 12/1/2011 | BDFUNDING | PurchaseSubPart | 17,533.40 | BD FUNDING | Yes | Purchase subordinate participation in loans |
| 100100000 | 010 020416 | CK | 12/5/2011 | USBANK | PaydownSecured | 60,552.75 | U S  BANK | Yes | Secured line payment |
| 101110000 | 000 021052 | CK | 12/9/2011 | SCHLUETERA | 2011Exchange | 52,481.08 | SCHLUETER & ASSOCIATES, P.C | Yes | Legal |

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 3(c)

**Merchants Mortgage & Trust Corporation, LLC (the "Company" or "Merchants")**
**Statement of Financial Affairs**

**SOFA Attachment 3(c)**
**Summary Description of schedules related to information requested under 3(c).  Payments to Insiders within 12 months of Chapter 11 filing.**

**Attachment 3(c) Schedules**

**#1 – Total Compensation Payments to Insiders**

**#2 – All payments other than compensation to Gary Levine, President & CEO**

**#3 – All payments other than compensation to Justin Land, EVP.**

**#4 – All payments other than compensation to Kim Hubbard, EVP**

**#5 – All payments other than compensation to Jack Keane, CFO**

**#6 – All payments other than compensation to Scott Karas, EVP**

**#7 – Interest payments (5%) for secured debt to Lester Gold, Chairman of the Company until his death in March of 2011.  Mr. Gold was a member of Yosemite Participation Group which loaned $1.7 million to the Company secured by collateral.  Interest payments on the Yosemite debt were made directly to the members of Yosemite.**

**#8 (a) & (b) – Interest payments (3.25%) to Debbie Alpert, the daughter of Lester Gold, for her participant share in an unsecured $1.1 million loan to the Company.**

**#9 - Interest payments (3.25%) to Gold Family, LLC, an investment entity for the family of Lester Gold, for its participant share in an unsecured $1.1 million loan to the Company.**

**#10 (a) & (b) - Interest payments (5%) to Shirley Gold, the widow of Lester Gold, as a member of Yosemite Participation Group, and . for her participant share in an unsecured $1.1 million loan to the Company.**

**#11 (a) , (b),  (c) & (d) – Directors Fees paid to outside directors.**

**Merchants Mortgage & Trust Corp, LLC**
**FEIN 84-1296387**

**Statement of Financial Affairs**
**Attachment 3c - Compensation payments to Insiders**
**Within 12 months of Filings Date**

| Name/Address | Title | | Compensation |
|---|---|---|---|
| Gary D Levine | President/CEO | ** | 294,359 |
| Justin Land | EVP | | 129,870 |
| Kimberly Hubbard | EVP | | 144,522 |
| Jack Keane | EVP/CFO | | 121,505 |
| Scott Karas | EVP | | 65,946 |

** Per the terms of Mr. Levine's employment Agreement with the Company, Mr. Levine is paid an "Interest Bonus" in an amount equal to the interest expense due by him to the Company on a promissory note from Mr. Levine to the Company.  Such promissory note was used by Mr. Levine to finance a portion of his equity investment in the Company. Such "Interest Bonus", upon receipt by Mr. Levine, is then paid to the Conpany as interest on the promissory note.  The Interest Bonus portion of this compensation total is approximately $64,000 representing interest on the promissory note for 2010 and 2011.

Date: 12/15/2011
Time: 11:17AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/15/2011

Company: **MMTC2**

| Document Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192352 | VO | 12/2/2010 | A | 12-10 | 12-10 | 12-10 | GARYLEVII | | Nov.Expense | 12/2/2010 | | | 12/2/2010 | 12/2/2010 | 1,235.14 |
| 192822 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | GARYLEVII | | CompanyCarReg | 12/21/2010 | | | 12/21/2010 | 12/21/2010 | 351.85 |
| 192855 | VO | 12/22/2010 | A | 12-10 | 12-10 | 12-10 | GARYLEVII | | AuctionPHX | 12/22/2010 | | | 12/22/2010 | 12/22/2010 | 10,000.00 |
| 192992 | VO | 12/29/2010 | A | 12-10 | 12-10 | 12-10 | GARYLEVII | | ExpenseReport | 12/29/2010 | | | 12/29/2010 | 12/29/2010 | 1,286.44 |
| 193088 | VO | 1/3/2011 | A | 01-11 | 01-11 | 01-11 | GARYLEVII | | MemberInterest | 1/3/2011 | | | 1/3/2011 | 1/3/2011 | 31,884.89 |
| 193322 | VO | 1/20/2011 | A | 01-11 | 01-11 | 01-11 | GARYLEVII | | LodgingExpense | 1/20/2011 | | | 1/20/2011 | 1/20/2011 | 2,625.00 |
| 193325 | VO | 1/21/2011 | A | 01-11 | 01-11 | 01-11 | GARYLEVII | | ExpRpt | 1/21/2011 | | | 1/21/2011 | 1/21/2011 | 1,735.34 |
| 193440 | VO | 1/27/2011 | A | 01-11 | 01-11 | 01-11 | GARYLEVII | | Foreclosure Bid | 1/27/2011 | | | 1/27/2011 | 1/27/2011 | 10,000.00 |
| 193830 | VO | 1/31/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | Jan.ExpenRepor | 1/31/2011 | | | 1/31/2011 | 1/31/2011 | 2,076.86 |
| 193831 | VO | 1/31/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | DecExpenRepor1 | 1/31/2011 | | | 1/31/2011 | 1/31/2011 | 1,735.34 |
| 193832 | AD | 1/31/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | Jan.ExpenRepor | 1/31/2011 | | | 1/31/2011 | | 2,076.86 |
| 193833 | AD | 1/31/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | Dec.ExpenRepor | 1/31/2011 | | | 1/31/2011 | | 1,735.34 |
| 193834 | VO | 2/18/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | Jan.ExpenRepor | 2/18/2011 | | | 2/18/2011 | 2/18/2011 | 1,735.34 |
| 193835 | VO | 2/18/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | Dec.ExpenRepor | 2/18/2011 | | | 2/18/2011 | 2/18/2011 | 2,076.86 |
| 193836 | AD | 2/18/2011 | A | 02-11 | 02-11 | 04-11 | GARYLEVII | | Jan.ExpenRepor | 2/18/2011 | | | 2/18/2011 | | 2,076.86 |
| 193837 | AD | 2/18/2011 | A | 02-11 | 02-11 | 05-11 | GARYLEVII | | Dec.ExpenRepor | 2/18/2011 | | | 2/18/2011 | | 1,735.34 |
| 193838 | VO | 2/18/2011 | A | 02-11 | 02-11 | 02-11 | GARYLEVII | | JanExpenReprt | 2/18/2011 | | | 2/18/2011 | 2/18/2011 | 2,076.86 |
| 194328 | VO | 3/24/2011 | A | 03-11 | 03-11 | 03-11 | GARYLEVII | | march Expense | 3/24/2011 | | | 3/24/2011 | 3/24/2011 | 1,455.60 |
| 194730 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | GARYLEVII | | AprilExpense | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 2,259.13 |
| 195272 | VO | 5/26/2011 | A | 05-11 | 05-11 | 05-11 | GARYLEVII | | MayExpense | 5/26/2011 | | | 5/26/2011 | 5/26/2011 | 582.19 |
| 195357 | VO | 6/2/2011 | A | 06-11 | 06-11 | 06-11 | GARYLEVII | | AZHouseReimb. | 6/2/2011 | | | 6/1/2011 | 6/1/2011 | 4,025.00 |
| 195661 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | GARYLEVII | | MayExpense | 6/23/2011 | | | 6/23/2011 | 6/23/2011 | 825.23 |
| 196117 | VO | 7/28/2011 | A | 07-11 | 07-11 | 07-11 | GARYLEVII | | JuneExpense | 7/28/2011 | | | 7/28/2011 | 7/28/2011 | 1,278.74 |
| 196811 | VO | 9/13/2011 | A | 09-11 | 09-11 | 09-11 | GARYLEVII | | ExpRpt | 9/13/2011 | | | 9/13/2011 | 9/13/2011 | 2,258.57 |
| 197061 | VO | 9/28/2011 | A | 09-11 | 09-11 | 09-11 | GARYLEVII | | ExpRpt | 9/28/2011 | | | 9/28/2011 | 9/28/2011 | 1,201.76 |
| 197366 | VO | 10/24/2011 | A | 10-11 | 10-11 | 10-11 | GARYLEVII | | AZHousingReiml | 10/24/2011 | | | 10/24/2011 | 10/24/2011 | 1,375.00 |
| 197514 | VO | 11/3/2011 | A | 11-11 | 11-11 | 11-11 | GARYLEVII | | ExpRpt | 11/3/2011 | | | 11/3/2011 | 11/3/2011 | 1,075.04 |
| 197794 | VO | 11/23/2011 | A | 11-11 | 11-11 | 11-11 | GARYLEVII | | OctExpRpt | 11/23/2011 | | | 11/23/2011 | 11/23/2011 | 5,268.45 |

**Company Total** 98,049.03

3 (c)

#2

Date: 12/15/2011
Time: 11:29AM
User: MPAWLOWSKI

# Merchants Mortgage and Trust

## Document History - Summary

Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 0375OS.rpt
Company: MMTC2

| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **MMTC2** | | | | | | | | | | | | | | |
| 192820 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | LANDJUST | | NovOctExpense | 12/21/2010 | | | 12/21/2010 | 12/21/2010 | 721.30 |
| 193208 | VO | 1/13/2011 | A | 01-11 | 01-11 | 01-11 | LANDJUST | | Dec.Expense | 1/13/2011 | | | 1/13/2011 | 1/13/2011 | 100.00 |
| 194029 | VO | 3/3/2011 | A | 03-11 | 03-11 | 03-11 | LANDJUST | | FebExpense | 3/3/2011 | | | 3/3/2011 | 3/3/2011 | 1,682.00 |
| 195765 | VO | 6/30/2011 | A | 06-11 | 06-11 | 06-11 | LANDJUST | | 3/4/5ExpenseRe| | 6/30/2011 | | | 6/30/2011 | 6/30/2011 | 1,556.71 |
| 196808 | VO | 9/13/2011 | A | 09-11 | 09-11 | 09-11 | LANDJUST | | ExpRpt | 9/13/2011 | | | 9/13/2011 | 9/13/2011 | 1,896.81 |
| 197793 | VO | 11/23/2011 | A | 11-11 | 11-11 | 11-11 | LANDJUST | | ExpRpt | 11/23/2011 | | | 11/23/2011 | 11/23/2011 | 1,558.15 |
| | | | | | | | | | | | | | Company Total | | 7,514.97 |

3 (c)

# 3

Date: 12/15/2011
Time: 11:29AM
User: MPAWLOWSKI

## Merchants Mortgage and Trust
### Document History - Summary
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 03750S.rpt
Company: MMTC2

Company: **MMTC2**

| Document Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Discount Date | Terms | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193145 | VO | 1/6/2011 | A | 01-11 | 01-11 | 01-11 | HUBBARDł | | Dec.Expense | 1/6/2011 | | | 1/6/2011 | 1/6/2011 | 253.38 |
| 193544 | VO | 2/3/2011 | A | 02-11 | 02-11 | 02-11 | HUBBARDł | | Jan Expense | 2/3/2011 | | | 2/3/2011 | 2/3/2011 | 1,248.40 |
| 194000 | VO | 3/3/2011 | A | 03-11 | 03-11 | 03-11 | HUBBARDł | | ExpenseReport | 3/3/2011 | | | 3/3/2011 | 3/3/2011 | 716.56 |
| 194961 | VO | 5/5/2011 | A | 05-11 | 05-11 | 05-11 | HUBBARDł | | April11Expense | 5/5/2011 | | | 5/5/2011 | 5/5/2011 | 611.27 |
| 195879 | VO | 7/7/2011 | A | 07-11 | 07-11 | 07-11 | HUBBARDł | | June11Expense | 7/7/2011 | | | 7/7/2011 | 7/7/2011 | 528.34 |
| 196286 | VO | 8/4/2011 | A | 08-11 | 08-11 | 08-11 | HUBBARDł | | JulyExpense | 8/4/2011 | | | 8/4/2011 | 8/4/2011 | 568.67 |
| 196704 | VO | 9/7/2011 | A | 09-11 | 09-11 | 09-11 | HUBBARDł | | ExpenseRpt | 9/7/2011 | | | 9/7/2011 | 9/7/2011 | 520.51 |
| 197159 | VO | 10/6/2011 | A | 10-11 | 10-11 | 10-11 | HUBBARDł | | SeptExpRpt | 10/6/2011 | | | 10/6/2011 | 10/6/2011 | 797.45 |
| 197493 | VO | 11/2/2011 | A | 11-11 | 11-11 | 11-11 | HUBBARDł | | Oct.11ExpRpt | 11/2/2011 | | | 11/2/2011 | 11/2/2011 | 2,089.06 |

Company Total: 7,331.64

3 (c)

# 4

Date: 12/15/2011
Time: 11:29AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 03750S.rpt
Company: MMTC2

| Document Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **MMTC2** | | | | | | | | | | | | | | |
| 194721 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | KEANEJO- | | AprilExpense | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 53.01 |
| 194781 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | KEANEJO- | | AprilExpense | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 5.00 |
| 194964 | VO | 5/5/2011 | A | 05-11 | 05-11 | 05-11 | KEANEJO- | | April11Expense | 5/5/2011 | | | 5/5/2011 | 5/5/2011 | 100.00 |
| 195459 | VO | 6/9/2011 | A | 06-11 | 06-11 | 06-11 | KEANEJO- | | may'11Expense | 6/9/2011 | | | 6/9/2011 | 6/9/2011 | 182.90 |
| | | | | | | | | | | | | **Company Total** | | | 340.91 |

3 (c)

# 5

Date: 12/15/2011
Time: 11:30AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
Document History - Summary
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 03750S.rpt
Company: MMTC2

Company: **MMTC2**

| Document Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192991 | VO | 12/29/2010 | A | 12-10 | 12-10 | 12-10 | SCOTTKAF | | ExpenseReport | 12/29/2010 | | | 12/29/2010 | 12/29/2010 | 1,495.47 |
| 193807 | VO | 2/17/2011 | A | 02-11 | 02-11 | 02-11 | SCOTTKAF | | Dec. Expense | 2/17/2011 | | | 2/17/2011 | 2/17/2011 | 148.22 |
| 194238 | VO | 3/17/2011 | A | 03-11 | 03-11 | 03-11 | SCOTTKAF | | MarchExpense | 3/17/2011 | | | 3/17/2011 | 3/17/2011 | 5,399.36 |

Company Total     7,043.05

3 (e)

# 9

Date: 12/15/2011
Time: 11:30AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 0375OS.rpt
Company: MMTC2

| Nbr | Document Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | | **MMTC2** | | | | | | | | | | | | | |
| 192399 | VO | 11/23/2010 | A | 12-10 | 12-10 | 12-10 | LESTERGC | | | 11/23/2010 | 00 | 11/23/2010 | 11/23/2010 | 11/23/2010 | 416.67 |
| 192401 | VO | 11/23/2010 | A | 12-10 | 12-10 | 12-10 | LESTERGC | | | 11/23/2010 | 00 | 11/23/2010 | 11/23/2010 | 11/23/2010 | 3,750.00 |
| 192861 | VO | 12/23/2010 | A | 12-10 | 12-10 | 12-10 | LESTERGC | | | 12/23/2010 | 00 | 12/23/2010 | 12/23/2010 | 12/23/2010 | 430.56 |
| 192863 | VO | 12/23/2010 | A | 12-10 | 12-10 | 12-10 | LESTERGC | | | 12/23/2010 | 00 | 12/23/2010 | 12/23/2010 | 12/23/2010 | 3,875.00 |
| 193448 | VO | 1/23/2011 | A | 01-11 | 01-11 | 01-11 | LESTERGC | | | 1/23/2011 | 00 | 1/23/2011 | 1/23/2011 | 1/23/2011 | 430.56 |
| 193449 | VO | 1/23/2011 | A | 01-11 | 01-11 | 01-11 | LESTERGC | | | 1/23/2011 | 00 | 1/23/2011 | 1/23/2011 | 1/23/2011 | 3,875.00 |
| 193929 | VO | 2/23/2011 | A | 02-11 | 02-11 | 02-11 | LESTERGC | | | 2/23/2011 | 00 | 2/23/2011 | 2/23/2011 | 2/23/2011 | 388.89 |
| 193931 | VO | 2/23/2011 | A | 02-11 | 02-11 | 02-11 | LESTERGC | | | 2/23/2011 | 00 | 2/23/2011 | 2/23/2011 | 2/23/2011 | 3,500.00 |
| 194358 | VO | 3/23/2011 | A | 03-11 | 03-11 | 03-11 | LESTERGC | | | 3/23/2011 | 00 | 3/23/2011 | 3/23/2011 | 3/23/2011 | 430.56 |
| 194360 | VO | 3/23/2011 | A | 03-11 | 03-11 | 03-11 | LESTERGC | | | 3/23/2011 | 00 | 3/23/2011 | 3/23/2011 | 3/23/2011 | 3,875.00 |
| 194869 | VO | 4/23/2011 | A | 04-11 | 04-11 | 04-11 | LESTERGC | | | 4/23/2011 | 00 | 4/23/2011 | 4/23/2011 | 4/23/2011 | 3,750.00 |
| 194872 | VO | 4/23/2011 | A | 04-11 | 04-11 | 04-11 | LESTERGC | | | 4/23/2011 | 00 | 4/23/2011 | 4/23/2011 | 4/23/2011 | 416.67 |
| 195306 | VO | 5/23/2011 | A | 05-11 | 05-11 | 05-11 | LESTERGC | | | 5/23/2011 | 00 | 5/23/2011 | 5/23/2011 | 5/23/2011 | 430.56 |
| 195308 | VO | 5/23/2011 | A | 05-11 | 05-11 | 05-11 | LESTERGC | | | 5/23/2011 | 00 | 5/23/2011 | 5/23/2011 | 5/23/2011 | 3,875.00 |
| 195677 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | LESTERGC | | | 6/23/2011 | 00 | 6/23/2011 | 6/23/2011 | 6/23/2011 | 416.67 |
| 195679 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | LESTERGC | | | 6/23/2011 | 00 | 6/23/2011 | 6/23/2011 | 6/23/2011 | 3,750.00 |
| 196141 | VO | 7/23/2011 | A | 07-11 | 07-11 | 07-11 | LESTERGC | | | 7/23/2011 | 00 | 7/23/2011 | 7/23/2011 | 7/23/2011 | 430.56 |
| 196143 | VO | 7/23/2011 | A | 07-11 | 07-11 | 07-11 | LESTERGC | | | 7/23/2011 | 00 | 7/23/2011 | 7/23/2011 | 7/23/2011 | 3,875.00 |
| | | | | | | | | | | | | | Company Total | | 37,916.70 |

3(c)

# 7

Date: 12/15/2011
Time: 11:31AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
Document History - Summary
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page:
Report: 03750S.rpt
Company: MMTC2
1 of 1

| Document Nbr | Type | Date | Status | Ent | Periods Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **MMTC2** | | | | | | | | | | | | | | |
| 193632 | VO | 2/10/2011 | A | 02-11 | 02-11 | 02-11 | ALPERTDS | | Jan'11Interest | 2/10/2011 | | | 2/10/2011 | 2/10/2011 | 661.09 |
| 194488 | VO | 4/7/2011 | A | 04-11 | 04-11 | 04-11 | ALPERTDS | | March11Interest | 4/7/2011 | | | 4/7/2011 | 4/7/2011 | 661.09 |
| | | | | | | | | | | | | Company Total | | | 1,322.18 |

3(e)

# 8a

3(e)

# 8b

# 8b

| Date: | 12/15/2011 | | | | | | | | Merchants Mortgage and Trust | | | | | Page: | | 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 11:33AM | | | | | | | | Document History - Summary | | | | | Report: | | 0375OS.rpt |
| User: | MPAWLOWSKI | | | | | | | | Periods: 12-10 Through 12-11 As of: 12/15/2011 | | | | | Company: | | MMTC2 |

| Document | | | | Periods | | | | | PO | | | | Discount | | | | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | Nbr | Invoice Nbr | Invoice Date | Terms | Date | Due Date | Pay Date | | Amount |
| **Company:** | **MMTC2** | | | | | | | | | | | | | | | |
| 192649 | VO | 12/15/2010 | A | 12-10 | 12-10 | 12-10 | DEBALP | | Oct.10F/N intere | 12/15/2010 | | | 12/15/2010 | 12/15/2010 | | 639.76 |
| 193194 | VO | 1/13/2011 | A | 01-11 | 01-11 | 01-11 | DEBALP | | Dec.10 Interest | 1/13/2011 | | | 1/13/2011 | 1/13/2011 | | 661.09 |
| 194089 | VO | 3/10/2011 | A | 03-11 | 03-11 | 03-11 | DEBALP | | Oct10 interest | 3/10/2011 | | | 3/10/2011 | 3/10/2011 | | 597.11 |
| 194952 | VO | 5/5/2011 | A | 05-11 | 05-11 | 05-11 | DEBALP | | April11 Interest | 5/5/2011 | | | 5/5/2011 | 5/5/2011 | | 639.76 |
| 195443 | VO | 6/9/2011 | A | 06-11 | 06-11 | 06-11 | DEBALP | | May11 Interest | 6/9/2011 | | | 6/9/2011 | 6/9/2011 | | 661.09 |
| 195841 | VO | 7/7/2011 | A | 07-11 | 07-11 | 07-11 | DEBALP | | June11 Interest | 7/7/2011 | | | 7/7/2011 | 7/7/2011 | | 639.76 |
| 196258 | VO | 8/4/2011 | A | 08-11 | 08-11 | 08-11 | DEBALP | | July11 interest | 8/4/2011 | | | 8/4/2011 | 8/4/2011 | | 661.09 |
| 196693 | VO | 9/7/2011 | A | 09-11 | 09-11 | 09-11 | DEBALP | | Aug2011F/N Int | 9/7/2011 | | | 9/7/2011 | 9/7/2011 | | 661.09 |
| 197129 | VO | 10/5/2011 | A | 10-11 | 10-11 | 10-11 | DEBALP | | Sept.11/F/N Int | 10/5/2011 | | | 10/5/2011 | 10/5/2011 | | 639.76 |
| 197555 | VO | 11/8/2011 | A | 11-11 | 11-11 | 11-11 | DEBALP | | Oct.11F/N | 11/8/2011 | | | 11/8/2011 | 11/8/2011 | | 661.09 |
| 197977 | VO | 12/8/2011 | A | 12-11 | 12-11 | 12-11 | DEBALP | | Nov.11F/N Int | 12/8/2011 | | | 12/8/2011 | 12/8/2011 | | 639.76 |
| | | | | | | | | | | | | | | **Company Total** | | **7,101.36** |

Date: 12/15/2011
Time: 11:33AM
User: MPAWLOWSKI

Page:
Report:
Company:

1 of 1
03750S.rpt
MMTC2

**Merchants Mortgage and Trust**
**Document History – Summary**
Periods: 12-10 Through 12-11 As of: 12/15/2011

Company: MMTC2

| Nbr | Document Type | Date | Status | Ent | Periods Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192681 | VO | 12/15/2010 | A | 12-10 | 12-10 | 12-10 | GOLDFAM | | Oct10F/NExpens | 12/15/2010 | | | 12/15/2010 | 12/15/2010 | 2,031.47 |
| 193205 | VO | 1/13/2011 | A | 01-11 | 01-11 | 01-11 | GOLDFAML | | Dec.10Interest | 1/13/2011 | | | 1/13/2011 | 1/13/2011 | 2,099.19 |
| 193648 | VO | 2/10/2011 | A | 02-11 | 02-11 | 02-11 | GOLDFAML | | Jan.11Interest | 2/10/2011 | | | 2/10/2011 | 2/10/2011 | 2,099.19 |
| 194096 | VO | 3/10/2011 | A | 03-11 | 03-11 | 03-11 | GOLDFAM | | Oct10Interest | 3/10/2011 | | | 3/10/2011 | 3/10/2011 | 1,896.04 |
| 194504 | VO | 4/7/2011 | A | 04-11 | 04-11 | 04-11 | GOLDFAML | | March11Interest | 4/7/2011 | | | 4/7/2011 | 4/7/2011 | 2,099.19 |
| 194959 | VO | 5/5/2011 | A | 05-11 | 05-11 | 05-11 | GOLDFAM | | March11Interest | 5/5/2011 | | | 5/5/2011 | 5/5/2011 | 2,031.47 |
| 195453 | VO | 6/9/2011 | A | 06-11 | 06-11 | 06-11 | GOLDFAML | | May11Interest | 6/9/2011 | | | 6/9/2011 | 6/9/2011 | 2,099.19 |
| 195847 | VO | 7/7/2011 | A | 07-11 | 07-11 | 07-11 | GOLDFAMI | | June11Interest | 7/7/2011 | | | 7/7/2011 | 7/7/2011 | 2,031.47 |
| 196257 | VO | 8/4/2011 | A | 08-11 | 08-11 | 08-11 | GOLDFAM | | July11Interest | 8/4/2011 | | | 8/4/2011 | 8/4/2011 | 2,099.19 |
| 196695 | VO | 9/7/2011 | A | 09-11 | 09-11 | 09-11 | GOLDFAM | | Aug11F/NInt | 9/7/2011 | | | 9/7/2011 | 9/7/2011 | 2,099.19 |
| 197127 | VO | 10/5/2011 | A | 10-11 | 10-11 | 10-11 | GOLDFAML | | Sept11F/NInt | 10/5/2011 | | | 10/5/2011 | 10/5/2011 | 2,031.47 |
| 197554 | VO | 11/8/2011 | A | 11-11 | 11-11 | 11-11 | GOLDFAMI | | Oct.11F/N | 11/8/2011 | | | 11/8/2011 | 11/8/2011 | 2,099.19 |
| 197975 | VO | 12/8/2011 | A | 12-11 | 12-11 | 12-11 | GOLDFAMI | | Nov.11F/NIntere | 12/8/2011 | | | 12/8/2011 | 12/8/2011 | 2,031.47 |

Company Total    26,747.72

3 (c)
# 9

Date: 12/15/2011
Time: 11:31AM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**

Document History - Summary
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page:
Report: 03750S.rpt
Company: MMTC2

1 of 1

| Document | | | | Periods | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |

Company: **MMTC2**

| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 196651 | VO | 8/31/2011 | A | 08-11 | 08-11 | 08-11 | SHIRLEYGI | | 8/31/2011 | | | 8/31/2011 | 8/31/2011 | 3,875.00 |
| 197003 | VO | 9/23/2011 | A | 09-11 | 09-11 | 09-11 | SHIRLEYGI | | 9/23/2011 | 00 | 9/23/2011 | 9/23/2011 | 9/23/2011 | 3,750.00 |
| 197128 | VO | 10/5/2011 | A | 10-11 | 10-11 | 10-11 | SHIRLEYGI | Sept.11/F/N int | 10/5/2011 | | | 10/5/2011 | 10/5/2011 | 267.12 |
| 197425 | VO | 10/23/2011 | A | 10-11 | 10-11 | 10-11 | SHIRLEYGI | | 10/23/2011 | 00 | 10/23/2011 | 10/23/2011 | 10/23/2011 | 3,875.00 |
| 197815 | VO | 11/23/2011 | A | 11-11 | 11-11 | 11-11 | SHIRLEYGI | | 11/23/2011 | 00 | 11/23/2011 | 11/23/2011 | 11/23/2011 | 3,750.00 |

Company Total    15,517.12

3(c)
10(d)

Date: 12/15/2011
Time: 11:31AM
User: MPAWLOWSKI

# Merchants Mortgage and Trust
## Document History - Summary
Periods: 12-10 Through 12-11 As of: 12/15/2011

Page: 1 of 1
Report: 0375OS.rpt
Company: MMTC2

Company: MMTC2

| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192682 | VO | 12/15/2010 | A | 12-10 | 12-10 | 12-10 | SHIRLYGOI | | Oct10FNInteExp | 12/15/2010 | | | 12/15/2010 | 12/15/2010 | 267.12 |
| 193204 | VO | 1/13/2011 | A | 01-11 | 01-11 | 01-11 | SHIRLYGOI | | Dec.10Interest | 1/13/2011 | | | 1/13/2011 | 1/13/2011 | 278.03 |
| 193649 | VO | 2/10/2011 | A | 02-11 | 02-11 | 02-11 | SHIRLYGOI | | Jan.11Interest | 2/10/2011 | | | 2/10/2011 | 2/10/2011 | 276.03 |
| 194097 | VO | 3/10/2011 | A | 03-11 | 03-11 | 03-11 | SHIRLYGOI | | OCt10Interest | 3/10/2011 | | | 3/10/2011 | 3/10/2011 | 249.32 |
| 194505 | VO | 4/7/2011 | A | 04-11 | 04-11 | 04-11 | SHIRLYGOI | | March11Interest | 4/7/2011 | | | 4/7/2011 | 4/7/2011 | 276.03 |
| 194957 | VO | 5/5/2011 | A | 05-11 | 05-11 | 05-11 | SHIRLYGOI | | April11Interest | 5/5/2011 | | | 5/5/2011 | 5/5/2011 | 267.12 |
| 195476 | VO | 6/9/2011 | A | 06-11 | 06-11 | 06-11 | SHIRLYGOI | | May11Interest | 6/9/2011 | | | 6/9/2011 | 6/9/2011 | 276.03 |
| 195871 | VO | 7/7/2011 | A | 07-11 | 07-11 | 07-11 | SHIRLYGOI | | June11Interest | 7/7/2011 | | | 7/7/2011 | 7/7/2011 | 267.12 |
| 196256 | VO | 8/4/2011 | A | 08-11 | 08-11 | 08-11 | SHIRLYGOI | | July11Interest | 8/4/2011 | | | 8/4/2011 | 8/4/2011 | 276.03 |
| 196648 | VO | 8/31/2011 | A | 08-11 | 08-11 | 08-11 | SHIRLYGOI | | | 8/31/2011 | 00 | 8/31/2011 | 8/31/2011 | 8/31/2011 | 430.56 |
| 196694 | VO | 9/7/2011 | A | 09-11 | 09-11 | 09-11 | SHIRLYGOI | | Aug11FN Int | 9/7/2011 | | | 9/7/2011 | 9/7/2011 | 276.03 |
| 197002 | VO | 9/23/2011 | A | 09-11 | 09-11 | 09-11 | SHIRLYGOI | | | 9/23/2011 | 00 | 9/23/2011 | 9/23/2011 | 9/23/2011 | 416.67 |
| 197424 | VO | 10/23/2011 | A | 10-11 | 10-11 | 10-11 | SHIRLYGOI | | | 10/23/2011 | 00 | 10/23/2011 | 10/23/2011 | 10/23/2011 | 430.56 |
| 197556 | VO | 11/8/2011 | A | 11-11 | 11-11 | 11-11 | SHIRLYGOI | | Oct.11FN | 11/8/2011 | | | 11/8/2011 | 11/8/2011 | 276.03 |
| 197814 | VO | 11/23/2011 | A | 11-11 | 11-11 | 11-11 | SHIRLYGOI | | | 11/23/2011 | 00 | 11/23/2011 | 11/23/2011 | 11/23/2011 | 416.67 |
| 197976 | VO | 12/8/2011 | A | 12-11 | 12-11 | 12-11 | SHIRLYGOI | | Nov.11FNInt | 12/8/2011 | | | 12/8/2011 | 12/8/2011 | 267.12 |

Company Total   4,944.47

3(c)

1 0(b)

Date: 12/19/2011
Time: 01:21PM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/16/2011

Page: 1 of 1
Report: 03750S.rpt
Company: MMTC2

3 (e)
11 (a)

**Company: MMTC2**

| Document Nbr | Type | Date | Status | Ent | Periods Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192816 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | GRUBENEI | | DiectorsFeeDec | 12/21/2010 | | | 12/21/2010 | 12/21/2010 | 500.00 |
| 193273 | VO | 1/20/2011 | A | 01-11 | 01-11 | 01-11 | GRUBENEI | | DirctorsFee | 1/20/2011 | | | 1/20/2011 | 1/20/2011 | 500.00 |
| 193883 | VO | 2/24/2011 | A | 02-11 | 02-11 | 02-11 | GRUBENEI | | Dirs Fee Feb | 2/24/2011 | | | 2/24/2011 | 2/24/2011 | 500.00 |
| 194320 | VO | 3/24/2011 | A | 03-11 | 03-11 | 03-11 | GRUBENEI | | MarchDirFee | 3/24/2011 | | | 3/24/2011 | 3/24/2011 | 500.00 |
| 194716 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | GRUBENEI | | AprilDirectorFe | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 500.00 |
| 195171 | VO | 5/18/2011 | A | 05-11 | 05-11 | 05-11 | GRUBENEI | | MayDirecFee | 5/18/2011 | | | 5/18/2011 | 5/18/2011 | 500.00 |
| 195654 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | GRUBENEI | | DirFeeJune2011 | 6/23/2011 | | | 6/23/2011 | 6/23/2011 | 500.00 |
| 196441 | VO | 8/18/2011 | A | 08-11 | 08-11 | 08-11 | GRUBENEI | | DirectorFeeAug | 8/18/2011 | | | 8/18/2011 | 8/18/2011 | 500.00 |
| 196926 | VO | 9/21/2011 | A | 09-11 | 09-11 | 09-11 | GRUBENEI | | SeptDirectorFee | 9/21/2011 | | | 9/21/2011 | 9/21/2011 | 500.00 |
| 197273 | VO | 10/19/2011 | A | 10-11 | 10-11 | 10-11 | GRUBENEI | | OctDirectorFees | 10/19/2011 | | | 10/19/2011 | 10/19/2011 | 500.00 |
| 197741 | VO | 11/21/2011 | A | 11-11 | 11-11 | 11-11 | GRUBENEI | | NovDirectorFee | 11/21/2011 | | | 11/21/2011 | 11/21/2011 | 500.00 |

Company Total   **5,500.00**

Date: 12/19/2011
Time: 01:23PM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/16/2011

Page:
Report: 03750S.rpt
Company: MMTC2
1 of 1

| Document | | | | Periods | | | | | | PO | Invoice | Invoice | | Discount | Due | Pay | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | | Nbr | Nbr | Nbr | Date | Terms | Date | Date | Date | Amount |

**Company: MMTC2**

| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | Nbr | Invoice Nbr | Invoice Date | Due Date | Pay Date | Original Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192802 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | BAKERRAY | A | DirectorsFeeDec | 12/21/2010 | 12/21/2010 | 12/21/2010 | 500.00 |
| 193259 | VO | 1/20/2011 | A | 01-11 | 01-11 | 01-11 | BAKERRAY | A | DirectorFee | 1/20/2011 | 1/20/2011 | 1/20/2011 | 500.00 |
| 193874 | VO | 2/24/2011 | A | 02-11 | 02-11 | 02-11 | BAKERRAY | A | DirectorFeeFeb | 2/24/2011 | 2/24/2011 | 2/24/2011 | 500.00 |
| 194308 | VO | 3/24/2011 | A | 03-11 | 03-11 | 03-11 | BAKERRAY | A | MarchDirectorFe | 3/24/2011 | 3/24/2011 | 3/24/2011 | 500.00 |
| 194706 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | BAKERRAY | A | AprilDirectorFe | 4/21/2011 | 4/21/2011 | 4/21/2011 | 500.00 |
| 195170 | VO | 5/18/2011 | A | 05-11 | 05-11 | 05-11 | BAKERRAY | A | MayDirecFee | 5/18/2011 | 5/18/2011 | 5/18/2011 | 500.00 |
| 195639 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | BAKERRAY | A | DirFeeJune2011 | 6/23/2011 | 6/23/2011 | 6/23/2011 | 500.00 |
| 196427 | VO | 8/18/2011 | A | 08-11 | 08-11 | 08-11 | BAKERRAY | A | DirectorFeeAug | 8/18/2011 | 8/18/2011 | 8/18/2011 | 500.00 |
| 196925 | VO | 9/21/2011 | A | 09-11 | 09-11 | 09-11 | BAKERRAY | A | SeptDirectorFee | 9/21/2011 | 9/21/2011 | 9/21/2011 | 500.00 |
| 197272 | VO | 10/19/2011 | A | 10-11 | 10-11 | 10-11 | BAKERRAY | A | OctDirectorFees | 10/19/2011 | 10/19/2011 | 10/19/2011 | 500.00 |
| 197740 | VO | 11/21/2011 | A | 11-11 | 11-11 | 11-11 | BAKERRAY | A | NovDirectorFee | 11/21/2011 | 11/21/2011 | 11/21/2011 | 500.00 |

Company Total    5,500.00

3 (c)
11 (b)

Date: 12/19/2011
Time: 01:27PM
User: MPAWLOWSKI

**Merchants Mortgage and Trust**
**Document History - Summary**
Periods: 12-10 Through 12-11 As of: 12/16/2011

Page:
Report: 037505.rpt
Company: MMTC2
1 of 1

| Document | | | Status | Periods | | | Vendor | PO | Invoice | Invoice | Terms | Discount | Due | Pay | Original |
| Nbr | Type | Date | | Ent | Post | Closed | | Nbr | Nbr | Date | | Date | Date | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **MMTC2** | | | | | | | | | | | | | | |
| 192815 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | GRAYGER/ | | DirectorFeesDec | 12/21/2010 | | | 12/21/2010 | 12/21/2010 | 500.00 |
| 193272 | VO | 1/20/2011 | A | 01-11 | 01-11 | 01-11 | GRAYGER/ | | DirctorFee | 1/20/2011 | | | 1/20/2011 | 1/20/2011 | 500.00 |
| 193882 | VO | 2/24/2011 | A | 02-11 | 02-11 | 02-11 | GRAYGER/ | | DirsFee Feb | 2/24/2011 | | | 2/24/2011 | 2/24/2011 | 500.00 |
| 194321 | VO | 3/24/2011 | A | 03-11 | 03-11 | 03-11 | GRAYGER/ | | MarchDirFee | 3/24/2011 | | | 3/24/2011 | 3/24/2011 | 500.00 |
| 194715 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | GRAYGER/ | | AprilDirctorFee | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 500.00 |
| 195188 | VO | 5/18/2011 | A | 05-11 | 05-11 | 05-11 | GRAYGER/ | | MatDirecFee | 5/18/2011 | | | 5/18/2011 | 5/18/2011 | 500.00 |
| 195653 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | GRAYGER/ | | DirFeeJune2011 | 6/23/2011 | | | 6/23/2011 | 6/23/2011 | 500.00 |
| 196440 | VO | 8/18/2011 | A | 08-11 | 08-11 | 08-11 | GRAYGER/ | | DirectorFeeAug | 8/18/2011 | | | 8/18/2011 | 8/18/2011 | 500.00 |
| 196923 | VO | 9/21/2011 | A | 09-11 | 09-11 | 09-11 | GRAYGER/ | | DirectorsFeeSep | 9/21/2011 | | | 9/21/2011 | 9/21/2011 | 500.00 |
| 197270 | VO | 10/19/2011 | A | 10-11 | 10-11 | 10-11 | GRAYGER/ | | OctDirectorFees | 10/19/2011 | | | 10/19/2011 | 10/19/2011 | 500.00 |
| 197738 | VO | 11/21/2011 | A | 11-11 | 11-11 | 11-11 | GRAYGER/ | | NovDirectorFee | 11/21/2011 | | | 11/21/2011 | 11/21/2011 | 500.00 |

Company Total   5,500.00

3 (e)

11 (d)

Date: 12/19/2011
Time: 01:27PM
User: MPAWLOWSKI

# Merchants Mortgage and Trust

## Document History - Summary

Periods: 12-10 Through 12-11 As of: 12/16/2011

Page:
Report: 03750S.rpt
Company: MMTC2

1 of 1

| Document | | | | Periods | | | | | | | | | | | Original |
| Nbr | Type | Date | Status | Ent | Post | Closed | Vendor | PO Nbr | Invoice Nbr | Invoice Date | Terms | Discount Date | Due Date | Pay Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **MMTC2** | | | | | | | | | | | | | | |
| 192818 | VO | 12/21/2010 | A | 12-10 | 12-10 | 12-10 | KORTZDON | | DirectorFeeDec | 12/21/2010 | | | 12/21/2010 | 12/21/2010 | 500.00 |
| 193277 | VO | 1/20/2011 | A | 01-11 | 01-11 | 01-11 | KORTZDON | | DirectorFee | 1/20/2011 | | | 1/20/2011 | 1/20/2011 | 500.00 |
| 193887 | VO | 2/24/2011 | A | 02-11 | 02-11 | 02-11 | KORTZDON | | Dirs Fee Feb | 2/24/2011 | | | 2/24/2011 | 2/24/2011 | 500.00 |
| 194325 | VO | 3/24/2011 | A | 03-11 | 03-11 | 03-11 | KORTZDON | | MarchDirFee | 3/24/2011 | | | 3/24/2011 | 3/24/2011 | 500.00 |
| 194722 | VO | 4/21/2011 | A | 04-11 | 04-11 | 04-11 | KORTZDON | | AprilDirectorFe | 4/21/2011 | | | 4/21/2011 | 4/21/2011 | 500.00 |
| 185169 | VO | 5/18/2011 | A | 05-11 | 05-11 | 05-11 | KORTZDON | | MayDirecFee | 5/18/2011 | | | 5/18/2011 | 5/18/2011 | 500.00 |
| 195680 | VO | 6/23/2011 | A | 06-11 | 06-11 | 06-11 | KORTZDON | | DirFeeJune2011 | 6/23/2011 | | | 6/23/2011 | 6/23/2011 | 500.00 |
| 196446 | VO | 8/18/2011 | A | 08-11 | 08-11 | 08-11 | KORTZDON | | DirectorsFeeAug | 8/18/2011 | | | 8/18/2011 | 8/18/2011 | 500.00 |
| 196924 | VO | 9/21/2011 | A | 09-11 | 09-11 | 09-11 | KORTZDON | | DirectorsFeeSep | 9/21/2011 | | | 9/21/2011 | 9/21/2011 | 500.00 |
| 197271 | VO | 10/19/2011 | A | 10-11 | 10-11 | 10-11 | KORTZDON | | OctDirectorFee | 10/19/2011 | | | 10/19/2011 | 10/19/2011 | 500.00 |
| 197739 | VO | 11/21/2011 | A | 11-11 | 11-11 | 11-11 | KORTZDON | | NOvDirectorFee | 11/21/2011 | | | 11/21/2011 | 11/21/2011 | 500.00 |

Company Total  5,500.00

3(e)

11(d)

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 4(a)

**Statement of Financial Affairs**
**SOFA Attachment 4(a)**

### State of Colorado Legal Proceeding Relating to Regulation

Mortgage loan originator licensing in Colorado is administered by the Colorado Division of Real Estate ("DRE"). The Colorado Board of Mortgage Loan Originators (the "Board") has the authority to delegate any enforcement and administrative authority to the director of the DRE.

In June 2011, the Board adopted Rule 1-1-6 (the "Rule") interpreting the statutory term "residential mortgage loan" as including loans obtained by the borrower for business, commercial or investment purposes such as residential construction loans for home builders and "fix and flip" or "fix and hold" loans where the borrower plans to acquire and rehabilitate the property and either sell it or hold it for rental income. As a result of the Rule, the Company's employees would need to be licensed as mortgage loan originators and comply with various loan disclosure and other requirements for it to continue to offer these loan products.

In August 2011, the Company and three of its employees brought an action under the Colorado Administrative Procedures Act and the Declaratory Judgment Act against the DRE, the director of the DRE and the Board asserting that the Rule is unlawful and should be enjoined because of a statutory limitation that a loan cannot be regulated as a "residential mortgage loan" unless it is a consumer purpose loan that is primarily for "personal, family and household use" *of the borrower.* The Company asserts that because its borrowers use such loans primarily for business, commercial or investment purposes, such loans are not subject to Colorado residential lending regulations and are therefore outside the scope of the Board and the DRE's regulatory authority.

The judge in the case granted the Company's motion for a summary judgment on December 7, 2011. The DRE has the right of appeal and it is uncertain whether or not it will do so.

Although the initial decision is a positive outcome for the Company, the final outcome (because of the chance that the DRE will appeal) of this matter cannot be determined with certainty at this time. In the event that employees were required to be licensed as mortgage loan originators, it could have a material adverse effect upon the Company if the Company was prohibited from making such loans or if the cost of compliance with related regulations increases the Company's cost of operations.

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 9

## Payments Related to Debt Counseling/Bankruptcy

Merchants Mortgage & Trust Corp, LLC
FEIN 84-1296387

Statement of Financial Affairs
Attachment 9 - Payments related to debt counseling or bankruptcy

| Name/Address | Date of payment | Amount | |
|---|---|---|---|
| Laufer & Padjen, LLC | 10/12/2011 | $ | 5,822.50 |
| 5290 DTC Parkway, Suite 150 | 11/10/2011 | | 9,525.00 |
| Englewood, CO 80111 | 12/20/2011 | | 43,818.75 |

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 10(b)

**Merchants Mortgage & Trust Corporation, LLC (the "Company" or "Merchants")**
**Statement of Financial Affairs**

**SOFA Attachment 10(b)**
**Property Transferred "other than in the regular course of business" in the last two years.**

A sale of Consumer Notes to Vectra Bank at June 30, 2010:

As of March 30, 2010 the Company owed Vectra Bank a total of approximately $25 million. At various times the Company was in technical default (not payment default) on its loan agreements with Vectra Bank due to its ongoing operating losses, which caused the Company to fail to meet financial covenants such as EBITDA ratios and minimum net worth requirements. Due to the Company's technical default, Vectra Bank had the power to foreclose on the Company's collateral if it so chose. However, Vectra Bank was satisfied with the Company's performance in liquidating collateral pledged to Vectra Bank and did not foreclose, but instead acted in a very cooperative manner with the Company. Vectra Bank did wish to lower the amount of credit exposure it had with the Company and proposed that Vectra Bank purchase "at par" (the outstanding principal balance) a substantial amount of performing consumer notes owned by the Company and pledged as collateral to Vectra Bank. The proceeds of such sale by the Company would then be applied to outstanding obligations of the Company to Vectra bank. On the open market during the continuing financial crisis, portfolios of performing consumer notes would often sell at a substantial discount to par, so the purchase price proposed by Vectra Bank was substantially above the "market price" for such portfolios. As such, the Company accepted the offer from Vectra Bank and sold consumer notes to Vectra Bank in the transaction described as follows:

1. A sale to Vectra Bank of certain consumer notes owned by the Company and pledged to Vectra for the purchase price of "par" (the outstanding principal balance of such notes) of $2,684,497;
    a. Until October 2, 2010, the Company had the obligation to repurchase any of the consumer loans purchased by Vectra Bank if so requested by Vectra Bank. The Company, during October of 2010, repurchased approximately $109,000 of such consumer notes.
2. The entire purchase price of approximately $2.6 million was applied to debt owed by the Company to Vectra Bank.

As a condition of the extension of the Vectra Bank credit line in June, 2011, Vectra Bank indicated that it would be necessary for the Company to make some pay-down of its debt to

Vectra Bank.  Similar to the transaction during 2010, Vectra Bank proposed the following transactions at favorable asset values to the Company in order for the Company to sell assets pledged to Vectra, and apply such sale proceeds to the debt of the Company to the balance owing to Vectra Bank.  Because the asset values were favorable to the Company (par for the promissory notes), the Company agreed to the following transactions:

Vectra Bank purchase of loans from the Company during June, 2011:

- Vectra reviewed the loans pledged by the Company to the Bank and selected six loans ("Loans") with total outstanding balances of approximately $1,070,000, on which Vectra has advanced approximately $760,000, which Vectra wished to purchase in order to reduce the outstanding balance due from the Company to the Bank;
- Vectra would purchase the Loans at par for $1,070,000;
- Vectra would sell to the Company a subordinate participation in the Loans for approximately $310,000;
- The Company would continue to service the Loans and Vectra would earn a yield of 4.5% on its outstanding $760,000 investment in the Loans;
- The Company would earn all interest collected on the Loans in excess of the interest paid to Vectra;
- The Company's loss exposure on these loans would be limited to its subordinate participation interest of $310,000, instead of having a loss exposure of the entire principal balance of the loans of $1,070,000.
- Any principal repayments on the Loans would be paid to Vectra until its investment in the Loans is recovered, thereafter the balance of the principal payments collected would go to the Company.

Gary Levine (president and CEO) purchase two loans pledged to Vectra
- Vectra reviewed the assets pledged to the Bank and proposed that the Bank would make a two year 3.5% loan totaling a $923,200 to Levine to be used for the purpose of purchasing two loans from the Company, the proceeds of which would be used by the Company to pay down the credit facility with the Bank;
- Levine would purchase the two loans with total outstanding balances of $1,287,555 at par (the outstanding principal balance) of the loans;
- Levine would sell to the Company a subordinate participation interest in the two loans totaling $364,355 resulting in net proceeds to the Company of $923,200;
- The Company would apply the $923,200 to its debt with Vectra;
- The Company would continue to service the loans sold to Levine and Levine would earn a yield of 3.5% on his outstanding investment in the loans;
- The Company would earn all interest collected on the loans in excess of the interest paid to Levine;
- The Company's loss exposure on these loans would be limited to its subordinate participation interest of $364,355, instead of having a loss exposure of the entire principal balance of the loans of $1,287,555.

- Any principal repayments on the loans would be paid to Levine until his investment in the loans is recovered, thereafter the balance of the principal payments collected would go to the Company.
- Levine would be personally obligated to Vectra and the transaction would not result in a profit to Levine.

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 11

## Closed Financial Accounts

Merchants Mortgage & Trust Corp, LLC
FEIN 84-1296387

Statement of Financial Affairs
Attachment 11 - Closed Financial Accounts

| Name/Address | Type/Number of Acct/Amount of final Balance | Closing date |
|---|---|---|
| JP Morgan/Chase Bank<br>Phoenix, AZ | Checking/lockbox accounts<br>762810976 - $350.00<br>811105550 - $1,070.00 | 28-Feb-11 |
| National Bank of Arizona<br>1400 E Southern Ave<br>Tempe, AZ 85282 | Checking account<br>010014346 - $4,905.13 | 18-Aug-11 |
| Vectra Bank<br>2000 S. Colorado Blvd<br>Denver, CO 80222 | Checking account<br>5110018453 - $0.01 | 4/15/2011 |

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 18(a) & (b)

**Statement of Financial Affairs**

SOFA Attachment 19(a) & (b)
Merchants Mortgage & Trust Corporation LLC ("MMTC")
Subsidiaries and affiliates    84-1296387

XX   If single Asset Real Estate

| Subsidiaries: | Ownership | XX | Description of Operations/Locations | Beg Date | If Terminated End Date | ID # |
|---|---|---|---|---|---|---|
| Merchants Mortgage and Trust SPV 1 LLC | Wholly owned by MMTC | | Formed to facilitate certain mortgage financing with a lender. No longer in existence. | 8/23/2001 | 2010 | 84-1296387 |
| Merchants Mortgage Acceptance Company, LLC | Wholly owned by MMTC | | Formed to facilitate certain mortgage financing with WestLB | 10/28/2005 | | 84-1296387 |
| 7400 Acceptance LLC | Wholly owned by Merchants Mortgage Acceptance Company, LLC | | Formed to hold OREO owned by MMAC | 8/14/2007 | | 84-1296387 |
| 7400 Acceptance OREO, LLC | Wholly owned by 7400 Acceptance LLC | | Formed to hold OREO owned by MMAC | 3/26/2008 | | 84-1296387 |
| MMTC High Street, LLC | Wholly owned by 7400 Acceptance OREO, LLC | XX | 417-419 High Street & 421-423 High Street, Albuquerque, New Mexico | 3/24/2008 | 6/23/2011 | 84-1296387 |
| 7400, LLC | Wholly owned by MMTC | | Formed to hold OREO owned by MMTC | 2/19/2002 | | 84-1296387 |
| 7400 OREO, LLC | Wholly owned by 7400, LLC | | Formed to hold OREO owned by MMTC | 2/1/2008 | | 84-1296387 |
| Fairplay Enterprises, LLC | Wholly owned by MMTC | | Formed to hold certificate of tax lien on 142 acres in Park County, Colorado | 4/7/2006 | | 84-1296387 |
| Whitewater Springs, LLC | Wholly owned by MMTC | XX | formed for Whitewater Springs, Burnet, Texas - Sold in 2007 - INACTIVE | 9/10/2002 | | 84-1296387 |
| MMTC REO 1, LLC | Wholly owned by MMTC | | Formed to hold OREO owned by MMAC. | 5/8/2007 | | 84-1296387 |
| Santana Ridge Investors, LLC | Wholly owned by MMTC | | 9 condo units in Chandler, AZ | 10/9/2007 | | 84-1296387 |
| Cave Creek OREO, LLC | Wholly owned by MMTC | | 6355 E. Arroyo Drive, Cave Creek, Arizona | 6/30/2008 | | 84-1296387 |
| HRCC REO, LLC | Wholly owned by MMTC | XX | 13521-13693 E. Iliff Ave, Aurora, Colorado - Heatheridge Golf Course | 8/13/2008 | | 84-1296387 |
| Fairway Owners, LLC | Former Wholly owned by MMTC | XX | Held Real Estate - SOLD LLC | 8/5/2002 | | 84-1296387 |
| Knox Court, LLC | Wholly owned by MMTC | XX | Held Real Estate - INACTIVE | 11/9/1995 | | 84-1296387 |
| Brookside LLC | Wholly owned by MMTC | XX | Held Real Estate - INACTIVE | 11/1/2004 | | 84-1296387 |
| Southmoor Properties, LLC | Wholly owned by MMTC | XX | Held Real Estate - INACTIVE | 7/7/2003 | | 84-1296387 |
| 7400 Real Estate, LLC | Wholly owned by MMTC | XX | Formed as an investment vehicle | 5/29/2009 | 5/12/2011 | 84-1296387 |
| 7400 Pierre, LLC | Wholly owned by MMTC | XX | 3600 North 5th Avenue, Phoenix, Arizona | 6/1/2009 | 6/10/2011 | 84-1296387 |
| 7400 Hunter's Run, LLC | Wholly owned by MMTC | XX | P.Douglas/Hunters Run - Missouri - | 5/28/2009 | | 84-1296387 |
| 7400H Deer Ridge LLC | Wholly owned by MMTC | XX | formed for 2805 Deer Ridge Cir, Elizabeth, Co - currently INACTIVE | 6/1/2009 | 10/7/2010 | 84-1296387 |
| 7400H Fairway Lane LLC | Owned approximately 90% by 7400 OREO, LLC | XX | INACTIVE - 14220 Fairway Lane, Broomfield, Colorado 80020 | 3/26/2009 | 6/10/2011 | 84-1296387 |
| 7400H West Costilla LLC | Wholly owned by MMTC | XX | Formed for a property (1306 W.Costilla Ave-Kurowski) paid in full in February 2009. - INACTIVE | 2/6/2009 | 4/20/2010 | 84-1296387 |
| Tuesday Investments, LLC | Wholly owned by MMTC | | Formed to hold various OREO owned by MMTC - See List 5 | 11/24/2008 | | 84-1296387 |
| Cave Creek Properties LLC | Wholly owned by MMTC | XX | formed to hold 6358 E. Maguey Dr, Cave Creek, AZ and 6355 E. Arroyo St, Cave Creek, AZ - PROPERTY SOLD 2/16/10 | 2/6/2007 | 4/20/2010 | 84-1296387 |
| Fletcher 44, LLC | Wholly owned by MMTC | XX | formed to hold 3509-11 Quivas Street, Denver, CO 80211 | 1/15/2010 | 1/20/2011 | 84-1296387 |
| 7400 Law Mountain LLC | Wholly owned by MMTC | XX | formed to hold OREO on vacant land SW corner of McDowell Road & 311 in Maricopa County, AZ | 12/30/2009 | | 84-1296387 |
| Merchants/Turtleback Investors, LLC | 50% owned by MMTC | XX | Formed to hold an equity interest in a development project in New Mexico | 1/19/2007 | | 84-1296387 |
| MMTC Wildwood Shores, LLC | Wholly owned by MMTC | | Formed to hold a the land ENCGPT the timeshared cabins | 12/13/2010 | | 84-1296387 |
| MMTC HUI, LLC | Wholly owned by MMTC | | Formed to hold the HUI shares and other HUI assets | 12/13/2010 | | 84-1296387 |
| Merchants Hollow AZ, LLC | Wholly owned by MMTC | | Formed to originate and service loans. | 11/24/2010 | | 27-4080467 |
| 7400 Ghost Hollow, LLC | Wholly owned by MMTC | XX | Formed to hold OREO on vacant land on NW corner of Pinal Avenue and Ghost Hollow in Casa Grande, Arizona | 3/23/2011 | | 84-1296387 |
| BD Funding, LLC | 40% equity interest held by MMTC | | A portfolio investment company formed to finance the MMTC new loans originations. | 11/16/2009 | | 27-1541196 |
| Amber Woods Owners, LLC | 50% owned by MMTC | XX | Formed to own and operate rental real estate. | 2/17/2004 | | 20-2517004 |
| Crestline Gold LLC | 25% owned by MMTC | XX | Formed to own and operate the office building in which MMTC leases office space. | 4/19/1999 | | 84-1502463 |

| Entity | Ownership | Description | Date | | |
|---|---|---|---|---|---|
| 1010 Maryland, LLC | | | 8/27/2010 | 7/28/2011 | 84-1296387 |
| Merchants Secured Funding, LLC | | | 5/24/2010 | 5/12/2011 | 84-1296387 |
| 638 Corporation | | INACTIVE | 2/24/1987 | | |
| Ghost Hollow OREO EI, LLC | Wholly owned by MMTC | Holds a 40.9% interest in a 35 acre property (approx.) adjacent to the Ghost Hollow Estates property (George Loans) with a right to veto any sale of property less than $750,000. The signors on this is Towne Bank. | 1/27/2010 | | 84-1296387 |
| 1123 Sierra Vista, LLC | Wholly owned by MMTC | Entity was formed but never used. | 11/1/2010 | | 84-1296387 |
| Chester Place I, LLC | Wholly owned by MMTC | Entity was formed but never used. | 1/16/2008 | 3/22/2010 | 84-1296387 |
| Merchants/Turtleback Management LLC | Wholly owned by MMTC | Entity was formed but never used. | 3/12/2007 | 6/10/2011 | 84-1296387 |

# Merchants Mortgage & Trust Corporation, LLC

## Statement of Financial Affairs

## SOFA Attachment 21(b)(1) & (2)

**Merchants Mortgage & Trust Corporation, LLC (the "Company" or "Merchants")**
**Statement of Financial Affairs**
**SOFA Attachment 21(b)(1)**

## THE COMPANY'S MANAGERS, EXECUTIVE OFFICERS

### Managers and Executive Officers

The Company is managed by a management committee comprised of the Company's seven Managers. Pursuant to the Company's current Amended and Restated Operating Agreement, three of the Managers are designated by L. Gold Corp., two are designated by Gary D. Levine, one is designated by the person holding the position of Chief Executive Officer (which presently is Gary Levine) and one is appointed by Raymond T. Baker, an investor in the Company.

The current managers and executive officers of the Company are as follows:

| Name | Position |
| --- | --- |
| Gary D. Levine | President, Chief Executive Officer, Manager |
| Justin Land | Executive Vice President |
| Kimberly L. Hubbard | Executive Vice President – Residential/Small Commercial Lending |
| Jack Keane | Chief Financial Officer and Manager |
| Edward C. Gruben | Outside Manager |
| Raymond T. Baker | Outside Manager |
| Gerald S. Gray | Outside Manager |
| Donald L. Kortz | Outside Manager |
| Brett Perry | Manager |

**Merchants Mortgage & Trust**
**EIN:  84-1296387**

**Statement of Financial Affairs**
**Attachment 21(b) - 2**
**Ownership of more than 5%**

| Holder | Common Units Owned | % ownership |
|--------|-------------------|-------------|
| C & G Holdings, LLC | 198,000.00 | 17.93% |
| Dennis Houck | 71,657.69 | 6.49% |
| GSG Co. | 70,000.00 | 6.34% |
| L. Gold Corp. | 333,700.00 | 30.22% |

# UNITED STATES BANKRUPTCY COURT

_____ District **of** Colorado _____

In re:

MERCHANTS MORTGAGE
& TRUST CORPORATION, LLC,
a Colorado limited liability company,
EIN 84-1296387,

Case No. _____

Chapter ____11____

Debtor

Debtor.

VERIFICATION OF CREDITOR
MAILING ADDRESS MATRIX

Under penalty of perjury, I (we) do hereby verify that the attached list of names and addresses of creditors is true and correct to the best of our knowledge.

Dated: _____ 12 - 21 - 11 _____

Jack Kapor, CFO

_____
Signature of Debtor

_____
Signature of Spouse