B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re Merchants Mortgage & Trust Corporation, LLC    Case No. 11-39455-MER
_____Debtor_____
84-1296387                                            Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See attached F-20 largest Creditors

Date: 12/22/11

Jack Keane
_____Debtor_____
Jack Keane, CFO

*[Declaration as in Form 2]*

**Merchants Mortgage & Trust Corporation, LLC**

## 20 Largest Creditors Holding Unsecured Nonpriority Claims (only 18 creditors)

| Creditors Name | Description and Location of Prop | Claim | Contact | Email | Address |
|---|---|---|---|---|---|
| Silver Saddle | Developer Reserve Accounts | 181,425 | Tom Maney | tmaney831@gmail.com | 15315 Magnolia Blvd. Suite 201 Sherman Oaks, CA 91403 |
| First Insurance Funding | Financed Insurance policies | 108,857 | Donna Kiley | dlkiley@firstinsurancefunding.com | 450 Skokie Boulevard, Suite 1000 Northbrook, IL 60062 |
| The Allen Company Inc | Consulting Services | 72,663 | Dennis Houck | dhouck@tacompanies.com | 15701 E. Progress Drive, Centennial, CO 80015 |
| MCQ | Developer Reserve Accounts | 54,909 | Tom Maney | tmaney831@gmail.com | 15315 Magnolia Blvd. Suite 201 Sherman Oaks, CA 91403 |
| SunBay | Developer Reserve Accounts | 27,930 | Sarah Allison | sallison1@cablelynx.com | 150 Peters Point Road Hot Springs, AR 71913 |
| Western Life | Developer Reserve Accounts | 22,001 | Danny Signorelli | danny@signorellicompany.com | A Signorelli Company Community 235 Interstate 45 North Conroe, TX 77304 |
| IBM | Capital lease on server | 19,536 | | askar@us.imb.com | PO Box 676673 Dallas, TX 75267 |
| Green Farms Resort | Developer Reserve Accounts | 19,235 | Terry Midkiff | N/A | 57 Jenny Green Rd., Falls Of Rough, KY 40119-6305 |
| French Quarter | Developer Reserve Accounts | 10,732 | Deanne Taylor | deanne1234@aol.com | French Quarter and Grand Regency Resort 7536 Municipal Drive Orlando, FL 32819 |
| High Lonesome | Developer Reserve Accounts | 10,702 | Louis L. Christensen | lousr@westernland.com | 2850 E. Skyline Dr. Suite 100 Tucson, AZ 85718 |
| East Coast Resorts of America | Developer Reserve Accounts | 6,535 | Fabian Russell | fabian_russell@hotmail.com | 132 Crim Road PO Box 250 Parish, NY 13131 |
| Justin Child | Collections on Serviced notes owned by bank/developer | 5,185 | Justin Child | JustinChild@aol.com | 24057 Regents Park Circle Valencia, CA 91355 |
| Pahrump Valley | Developer Reserve Accounts | 1,465 | Donald Robert Barton, | DonBartonLV@yahoo.com | P.O. Box 2801 Pahrump, NV 89401 |
| ELM Properties | Collections on Serviced notes owned by bank/developer | 1,336 | Eldon Miller | annelmiller@msn.com | 2627 S. Wadsworth Circle Lakewood, CO 80227 |
| Milliken Properties | Collections on Serviced notes owned by bank/developer | 520 | Eldon Miller | annelmiller@msn.com | 2627 S. Wadsworth Circle Lakewood, CO 80227 |
| Buffalo Lodge & Resort | Developer Reserve Accounts | 478 | Frank Riley | frankriley@groveemail.com | 25301 U.S. Hwy 59 Grove, OK 74344 |
| Horseshoe Bay | Collections on Serviced notes owne | 439 | Dave Wollaston | slowtap@gmail.com | 233 Carnoustie, Meadowlakes TX 78654 |
| Nationwide | Developer Reserve Accounts | 244 | Dave Wollaston | slowtap@gmail.com | 233 Carnoustie, Meadowlakes TX 78654 |

544,190