Schedule 3
Description of the Debtor and its Business Operations and Events Leading Up to the
Anticipated Chapter 11 Filing

**History and Description of Business**

Merchants Mortgage & Trust Corporation, LLC, a Colorado limited liability company, is an established interim real estate and mortgage finance company. The Company historically has been a portfolio lender, which makes loans secured by real estate. The Company is often able to charge higher interest rates than commercial banks because of its flexible loan structures, fast underwriting decisions, standardized documents and overall quick closing ability. With limited exceptions, the Company services its own loans.

The Company was formed in 1961 as a corporation and was restructured as a limited liability company in 1995. Lester Gold, who co-founded the Company, served as President and Chief Executive Officer of the Company until April 1997, when Gary D. Levine joined the Company and became its President and Chief Executive Officer.

Until 2009 the Company retained ownership of almost all loans it originated. The loans still owned by the Company (including related OREO) were originated primarily prior to 2009 (the "Legacy Loan Portfolio"). The loans in the Company's Legacy Loan Portfolio fall into three loan departments: Residential Department, Commercial Loan Department and Recreational Loan Department.

The Company's Residential Loans are short-term specialty mortgages, which include Residential Loans (1-4 family, "fix and flip," "mini perms" or "bridge" loans), Multi-Family Loans (apartment-to-condo conversions or new management fix-up and lease-up loans) and Small Commercial Loans (similar loans on small commercial properties).

Commercial Loans include residential and commercial construction loans (loans to homebuilders and property developers), commercial loans (income property and land acquisition and development loans) and Mezzanine Loans, which the Company ceased originating in 2007.

Recreational Loans include real estate acquisition and development loans and hypothecation loans (loans secured by the developers' portfolio of consumer notes). The Recreational Loan Department also handles the purchase and sale of consumer notes from developers who have developed recreational properties (typically lots for second homes, vacation and retirement homes or timeshares).

Beginning in 2009, the Company either totally suspended or substantially limited new originations of all loan products except the Residential Department's 1-4 family loan products. New originations since that time have been primarily Residential Loans. The Company has not been retaining ownership in substantially all of the new originations since that time.

The Company began operations by purchasing consumer notes from developers who had developed recreational lots (typically used for second homes, retirement homes, vacation homes or timeshares) and then sold those lots to consumers, providing financing to the buyers by

carrying back the buyers' consumer notes. These are the Company's Recreational Loans that are called "Recreational Indirect Consumer Loans." The Company also provided Hypothecation Loans to developers secured by the consumer notes in which the developer retained ownership. The business then grew to include other financing for developers, providing loans for acquisition and development of recreational properties to be repaid from sales of lots and/or timeshares. These are the Company's Recreational Loans that are called "Recreational Acquisition and Development Loans" and "Recreational Hypothecation Loans."

In 1997, the Company only offered Recreational Loans. During 1998 and 1999, the Company's outstanding loan balance approximately doubled after the addition of Gary D. Levine as Chief Executive Officer of the Company and Kim Hubbard as executive vice president and manager of the new Residential Department. By 1999, the Company was offering a variety of Residential Loans, which included loan products that later evolved into the loans offered by the Company's Commercial Loan Department. In 2004, the Company formed the Commercial Loan Department.

The Company services substantially all the loans in its loan portfolio, as well as consumer notes that certain senior lenders have purchased from the Company and some consumer notes from developers.

**Economic and Real Estate Crisis**

During the extended economic and real estate crisis beginning in 2007, the performance of the Company's loan portfolio severely declined. During this time, increasing delinquencies and foreclosures coupled with falling real estate values have resulted in substantial operating losses and severely reduced liquidity to the Company. The Company's senior lenders (primarily regional, national and international banks, but also includes private lenders) have stopped funding new loans and the Company has defaulted on certain of its loan agreements with its senior lenders due to its operating results and resulting failure to meet financial covenants, as well as the Company's inability to pay off senior lender advances against non-performing collateral and its failure to pay off certain of the senior indebtedness at maturity. Since 2007, the Company has negotiated and executed amendments to certain of the bank agreements with the senior lenders which cure or temporarily waive certain defaults and which allow for the pay down of the amounts due on these credit facilities as the collateral pledged to the senior lenders is liquidated. However, as of the date of this Disclosure Statement, the Company is in technical default with certain of its senior lenders.

Prior to the real estate and economic crisis the Company was continuously profitable. The Company's total assets had grown from approximately $120 million as of December 31, 2004 to $216 million as of December 31, 2007 but have since been reduced to $57,094,701 as of September 30, 2011. Net income before distributions to common or preferred equity members grew from approximately $3.1 million as of December 31, 2004 to $6.1 million as of December 31, 2006. Net income before distributions to common or preferred equity members was $4.1 million as of December 31, 2007, reflecting the beginning of deterioration of the real estate market. During the year ended December 31, 2010, the Company recognized a net loss of

$7,356,592. For the fiscal years ended December 31, 2008, 2009 and 2010 the Company has incurred net losses in the aggregate amount of $40,582,766.

The national real estate crisis and the related severe drop in real estate values beginning in 2007 and continuing through the date of this filing caused the Company to sharply curtail its origination of new loans beginning in 2008 and continuing through 2009. The Company's net losses and decisions by many of the Company's banks to no longer fund loans caused a severe drop in the Company's liquidity and its ability to fund new loans. Beginning early in 2010, the Company established a relationship with new capital partners (see the description of the Company's relationship with BD Funding below), which enables it to fund new loans; however, a high cost of funds necessitating high loan pricing has resulted in low loan production compared to the Company's historical standards.

The result is that the Company's new loan originations since 2009 (other than loan originations associated with the liquidation of the loan portfolio or OREO) has consisted predominantly of 1-4 family Residential Loans. Almost all such new originations have been sold to private investors or to BD Funding, meaning that the Company's existing portfolio is made up almost entirely of loans originated prior to 2009. The existing portfolio is therefore a slowly liquidating asset which is used to pay down the secured bank debt of the Company.

The continuing operations of the Company are dependent upon the Company's ability to maintain liquidity necessary to meet its funding requirements and operating expenses.

**New Capital Partners**

In February 2010, the Company entered into agreements that formed a joint venture between the Company and a group of private equity investors ("PE Investors"). The agreements created a joint venture (the "Joint Venture") whereby BD Funding, LLC, a newly formed limited liability company ("BD Funding") owned 60% by the PE Investors and 40% by the Company, began to purchase and hold substantially all of the Company's newly originated Non-Owner Occupied ("NOO") Residential 1-4 family loans (primarily fix and flip loans). The Joint Venture was capitalized by an initial investment commitment of $20 million from the PE Investors of both a loan and capital investment and a $2.2 million capital investment commitment from the Company. This resulted in an initial funding commitment to purchase new originations of NOO Residential 1-4 family loans of $22.2 million, of which $2.2 million was a required investment from the Company. During 2010, the PE Investors doubled their commitment. This increase and the corresponding doubling of the Company's commitment resulted in a Joint Venture investment commitment of $44.4 million as of December 31, 2010. During October, 2011 the PE Investors again increased their commitment by another $22.2 million, which resulted in a commitment adequate for funding a total purchase of new originations of NOO Residential 1-4 Family Loans of $66.6 million from the inception of the Joint Venture.

The Company's responsibilities under the Joint Venture are to market, underwrite, originate and then service the NOO Residential 1-4 family loans sold to and owned by BD Funding. BD Funding will finance its acquisition of such loans with equity contributions from

the PE Investors and the Company and a loan from either an entity owned by the PE Investors or another lender. Under the Joint Venture, the Company earns loan origination fees, servicing fees and a 40% interest in the profits of BD Funding. The PE Investors have a right of first refusal to fulfill all of the Company's financing or capital needs until their investment commitment has expired.

As a result of the Joint Venture, the Company was again able to renew its energies toward the production of NOO Residential 1-4 family loans during 2010. The Company's new loan originations increased to approximately $40 million during 2010 and $22 million through September 2011, most of which has been sold to BD Funding with a small number being sold to other private investors.

Most of the debt financing utilized by BD Funding has been provided by the PE Investors. There is very limited interest by the banking community to extend credit for real estate lending in today's market, and only three small bank loans have been arranged to date. The debt financing provided by the PE Investors has until recently been at a much higher yield than traditional bank financing. The result is that the Company has to price its new loan originations at historically high levels, which greatly inhibits its ability to increase production. Recently the PE Investors have agreed to reduce their debt pricing for production over a six-month period in an effort to assist in increasing production.

The result is that the Company is continuing to liquidate its existing portfolios in order to pay down its senior lender indebtedness, while new loan originations are sold to BD Funding or other private investors.

The Company derives its revenues from interest income, fees charged on loan originations and consumer note purchases, loan servicing fees and gain from sales of consumer notes. During the nine months ended September 30, 2011, the Company had net interest and fee income of $2,856,115 before: (i) its provision for loan losses of $1,444,772; (ii) other losses of $1,749,786 (primarily attributable to the holding, maintaining and selling of other real estate owned ("OREO"); and (iii) operating expenses of $2,513,934, resulting in a net loss of $4,442,557. During the fiscal year ended December 31, 2010, the Company had net interest and fee income of $6,206,426 before: (i) its provision for loan losses of $4,436,690; (ii) other losses of $1,181,302 (primarily attributable to the holding, maintaining and selling of OREO); and (iii) operating expenses of $4,462,440, resulting in a net loss of $7,356,592.

In 2010, the Company conducted an exchange offer to exchange all of its outstanding series of subordinated debt for new debentures in the total principal amount of $25,400,214, accruing interest at 3% per annum and due and payable December 31, 2012. All but $100,000 of the Company's subordinated debt was exchanged (collectively, the foregoing are referred to as the "Debentures"). Interest has accrued on the Debentures. Due to the Company's limited financial resources and continued loss from operations, the Company does not believe it will be able to repay the Debentures.

The deterioration of the economy and particularly the real estate sector, the significant increase in foreclosures and the credit crisis have had a significant negative impact on the

Company's operations. Since January 1, 2008 to December 31, 2010, the Company experienced significant operating losses totaling approximately $40.6 million.

**Business Strategy**

The Company, despite its weakened financial condition, is in the enviable position of working with a capital partner which enables it to continue in the origination of new loans. The Company and its Managers, in consultation with its advisors, have developed and adopted a business strategy which includes a conversion of the Debentures to equity pursuant to the Plan of Reorganization (the "Plan"), attached to this Disclosure Statement as Schedule 1. The business strategy includes the following objectives:

1. Through the proposed Plan, convert the Debentures to equity, which will have the effect of changing the Company's deficit equity of approximately $13.6 million to positive equity of approximately $14.3 million, based on the 9/30/11 financial statements of the Company. This objective will be satisfied if the Plan is approved;

2. If the Plan is approved, raise new capital to fund the Company's share of new loan production for BD Funding. The positive equity status of the Company will enhance the Company's ability to accomplish this objective;

3. Arrange lower-priced cost of funds for BD Funding through bank credit facilities, thereby allowing the Company to lower its loan pricing in order to increase its new loan originations;

4. Increase production to the point that the Company is again profitable.

The approval of the Plan is a condition precedent to the Company implementing this business strategy. The Company's goal is to create a sustainable and profitable business model.

**Future Capital Raise**

If the Company is able to revise its capital structure resulting in positive equity, pursuant to objective #1 above, then the Company intends to attempt raise up to $10 million dollars through an offering of securities pursuant to objective #2 (the "Subsequent Offering"). The proceeds of the Subsequent Offering will be used to finance the Company's required equity in its new loan originations. The terms and conditions of the Subsequent Offering have not been determined, and the securities to be issued in this offering have not been created. Management believes that the Subsequent Offering may consist of an offering of debt that is convertible into limited liability company membership units issued by the Company.

**Evaluation of Restructuring Alternatives**

The business strategy alternatives considered by the Company include those outlined below. For the reasons stated, the Company proposes to implement alternative # 3.

1. Continue the liquidation over time of the Legacy Loan Portfolio and the operations of the Company without a reorganization to convert the Debentures to equity;

2. A complete liquidation of the Legacy Loan Portfolio and any remaining assets of the Company within one year and distribute the proceeds; or

3. Reorganize the Company with the Debentures converted to equity, continue the liquidation over time of the Legacy Loan Portfolio, and raise additional capital in order to increase the production such that the Company can again be profitable.

Discussion of Alternatives:

1. Continue the liquidation over time of the Legacy Loan Portfolio and continue the operations of the Company without a reorganization to convert the Debentures to equity. The Company believes the best execution of the liquidation of its Legacy Loan Portfolio is a managed liquidation over time. However there are substantial direct and indirect costs of managing the liquidation of such a portfolio. In order to support the effort to liquidate the Legacy Loan Portfolio over time, the Company must generate income from production activities. The level of production that the Company can attain with its current equity and liquidity will not allow the Company to cover its cost of operations during the liquidation period. Without increased income from production, it is unlikely the Company could maintain liquidity and operations sufficient to handle the Company's costs of liquidation over the period of time necessary that it will take to liquidate the Legacy Loan Portfolio. Without new production and income to offset the costs of liquidating the Legacy Loan Portfolio, it is unlikely the Company could maintain operations and return any liquidation proceeds in excess of the debt to the secured lenders. For these reasons, the Company believes that alternative #1 would not result in proceeds in excess of the debt owed to the secured lenders. In this scenario, the Company believes the other creditors and equity holders would likely receive nothing.

2. A complete liquidation of the Legacy Loan Portfolio and the remaining assets of the Company within one year and distribute the proceeds. The Company has also considered the option of a quick liquidation of the Legacy Loan Portfolio and other remaining assets. A quick liquidation would involve selling the assets of the Company in the near term and terminate ongoing expenses. The Company has investigated this possibility several times over the last few years. The Company's Legacy Loan Portfolio was primarily underwritten in 2008 or before, and the Company believes a quick sale would incur a very substantial discount on many assets in today's market. Whether sold in bulk or asset by asset, the Company believes it is likely that a quick liquidation would incur discounts similar to those experienced respecting the assets of banks that have been taken over by the Federal Deposit Insurance Corporation (FDIC). For these reasons, the Company believes that a sale of the portfolio in bulk, or a sale of the portfolio asset by asset over a short period of time, will not result in proceeds in excess of the debt owed to the secured lenders. In this scenario, the Company believes the other creditors and equity holders would likely receive nothing.

      3. Reorganize the Company with the Debentures converted to equity, continue the liquidation over time of the Legacy Loan Portfolio, and raise additional capital in order to increase loan production such that the Company can again be profitable. The Company believes the best course of action to produce value beyond payment to the secured lenders is to proceed with the Plan and pursue the other objectives outlined in the preferred business strategy described earlier herein.