## Allowed Secured Claims

As of September 30, 2011, the Company had secured financing facilities with outstanding balances totaling $25,292,652 from seven financial institutions or private lenders. None of the facilities is accepting new loans or making advances to the Company.

| Outstanding as of 9/30/11 | Creditor | Interest Rate | Interest Rate as of 9/30/11 | Due Date | Collateral | Use |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Secured Lines of Credit** | | | | | | |
| 8,654,389 | Vectra Bank | Wall St. Journal Prime Rate plus 1.00%, with a floor of 4.50% | 4.50% | October 31, 2011 | Real Estate Mortgages and OREO | All Loans Except Consumer |
| 7,706,964 | Vectra Bank | Wall St. Journal Prime Rate plus 1.00%, with a floor of 4.50% | 4.50% | October 31, 2011 | Real Estate Mortgages and OREO | All Loans Except Consumer |
| 715,885 | Steele Street Bank | Prime plus 1.00% with a floor of 4.25% | 4.50% | December 31,2011 | OREO property | Collateral Financing |
| 375,000 | Steele Street Bank | 6% fixed for 5 years than prime plus 2% | 6.00% | September 15, 2021 | OREO property | OREO Purchase |
| 2,043,508 | Bank of the West | Prime plus 1.00% with a floor of 4.50% | 4.50% | September 30, 2011 | Secured loans and OREO | General Corporate and all loans |
| 1,200,000 | ARI Capital Partners, LLLP | 10.0% | 10.0% | June 1, 2012 | Secured loans | General Corporate |
| 203,736 | Colorado Business Bank | Prime rate plus 0.75% | 4.00% | June 2, 2012 | Hypothecated consumer | Consumer loans |

1

| Outstanding as of 9/30/11 | Creditor | Interest Rate | Interest Rate as of 9/30/11 | Due Date | Collateral | Use |
|---|---|---|---|---|---|---|
| | | | | | notes | |
| 1,700,000 | Yosemite Participation Group, LLC | Prime Rate with a floor of 5.0% | 5.00% | Upon 90 days written notice | Notes and OREO properties | General Corporate and all loans except consumer |
| 2,693,170 | US Bank | Lender B Prime Standard Rate Prime plus 1.00% with a 4.50% floor | 4.50% | June 12, 2012 | Real Estate Mortgages | All Loans Except Consumer |
| $25,292,652 | **Total Secured Loans or Lines of Credit with Recourse to the Company (2)** | | | | | |

(1) Personally guaranteed by Gary D. Levine.
(2) These Secured Loans or Lines of Credit do not include a Secured Financing Facility owed by a 100% owned subsidiary of the Company to West LB in the amount of $13,693,545. This Secured Financing Facility is not guaranteed by the Company, nor is the debt recourse to the Company.